**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY, TRENTON DIVISION

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).**
**For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Sea Oaks Golf Club, LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number (EIN)** | **54-2119290** |

**4.    Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **99 Golf View Dr** **Little Egg Harbor, NJ 08087-4219** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Ocean** County | **Location of principal assets, if different from principal place of business** |
| | **99 Golf View Dr Little Egg Harbor, NJ 08087-4219** Number, Street, City, State & ZIP Code |

**5.    Debtor's website** (URL)    _____

**6.    Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

■ Other. Specify:    **Limited Liability Company**

| Debtor | **Sea Oaks Golf Club, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__531390__

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

---

| Debtor | **Sea Oaks Golf Club, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**11.** **Why is the case filed in** *this district?*  Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

■ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other   **grounds require maintaining otherwise the golf course will be destroyed.**

**Where is the property?**  _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

■ No

☐ Yes.  Insurance agency  _____
        Contact name    _____
        Phone          _____

---

| | **Statistical and administrative information** |
|---|---|

**13.** **Debtor's estimation of available funds**   .   Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor  **Sea Oaks Golf Club, LLC**                                      Case number (*if known*) _____
        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
        Name

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **June  3, 2020**
                ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                MM / DD / YYYY

X **/s/ Joseph Mezzina**                                **Joseph Mezzina**
  ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾                ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
  Signature of authorized representative of debtor       Printed name

        **Managing Member of J & J Partnership,**
Title   **LL**
        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

---

**18. Signature of attorney**

X **/s/ Timothy P. Neumann Esq**                         Date **June  3, 2020**
  ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾                       ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
  Signature of attorney for debtor                             MM / DD / YYYY

**Timothy P. Neumann Esq**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Printed name

**Broege, Neumann, Fischer & Shaver LLC**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Firm name

**25 Abe Voorhees Dr**
**Manasquan, NJ 08736-3560**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Number, Street, City, State & ZIP Code

Contact phone  **(732) 223-8484**        Email address  **tneumann@bnfsbankruptcy.com**

**TN 6429**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Bar number and State

---

## COMPANY RESOLUTION AUTHORIZING FILING FOR RELIEF
## UNDER TITLE 11 OF THE U.S. CODE

We, being one hundred per cent (100%) of the members of SEA OAKS GOLF CLUB, LLC, a New Jersey limited liability company (the "**Company**"), hereby certify that a pursuant to N.J.S.A. § 42:2C-37(d) we have unanimously agreed that the following Resolution is hereby duly and regularly adopted and ratified:

**RESOLVED,** that the Company be and he is hereby authorized and directed on to: (i) execute, verify and cause to be filed in the United States Bankruptcy Court for the District of New Jersey a voluntary petition under Chapter 11 of the United States Bankruptcy Code (11 U.S.C. §101 et seq.); (ii)  to file or cause to be filed all instruments and documents ancillary thereto, including without limitation, any other necessary schedules, certifications, applications, disclosure statements and plans of reorganization or liquidation; (iii) to perform the duties of the Company as a debtor-in-possession under the aforesaid Bankruptcy Code; and (iv) to retain the law firm of Broege, Neumann, Fischer & Shaver, LLC as attorneys for the Company in the Chapter 11 proceedings and that payments made to said attorneys in connection with the Chapter 11 case shall be capital contributions of the paying member(s) and subordinate to the claims of all creditors of the Company.

IN WITNESS WHEREOF, we have hereunto set our hands.

The above is a true copy of a duly adopted resolution of the Company.

_____

Joseph Mezzina, on behalf of Member,
J&J PARTNERSHIP LLC
Signed on: May ___, 2020


_____

Jon Whelan, on behalf of Member,
ATLANTIC HOMES, INC.
Signed on: May ___, 2020

## <u>COMPANY RESOLUTION AUTHORIZING FILING FOR RELIEF</u>
## <u>UNDER TITLE 11 OF THE U.S. CODE</u>

We, being one hundred per cent (100%) of the members of SEA OAKS GOLF CLUB,

LLC, a New Jersey limited liability company (the "**Company**"), hereby certify that a pursuant to

N.J.S.A. § 42:2C-37(d) we have unanimously agreed that the following Resolution is hereby

duly and regularly adopted and ratified:

      **RESOLVED,** that the Company be and he is hereby authorized and directed
on to: (i) execute, verify and cause to be filed in the United States Bankruptcy Court
for the District of New Jersey a voluntary petition under Chapter 11 of the United
States Bankruptcy Code (11 U.S.C. §101 et seq.); (ii) to file or cause to be filed all
instruments and documents ancillary thereto, including without limitation, any other
necessary schedules, certifications, applications, disclosure statements and plans of
reorganization or liquidation; (iii) to perform the duties of the Company as a debtor-
in-possession under the aforesaid Bankruptcy Code; and (iv) to retain the law firm of
Broege, Neumann, Fischer & Shaver, LLC as attorneys for the Company in the
Chapter 11 proceedings and that payments made to said attorneys in connection with
the Chapter 11 case shall be capital contributions of the paying member(s) and
subordinate to the claims of all creditors of the Company.

IN WITNESS WHEREOF, we have hereunto set our hands.

The above is a true copy of a duly adopted resolution of the Company.


                                  _____
                                  Joseph Mezzina, on behalf of Member,
                                  J&J PARTNERSHIP LLC
                                  Signed on: May \_\_\_\_, 2020

                                  Jon Whelan, on behalf of Member, ATLANTIC
                                  HOMES. INC.
                                  Signed on: May /2 , 2020

Fill in this information to identify the case:

| Debtor name | **Sea Oaks Golf Club, LLC** |
|---|---|
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY, TRENTON DIVISION** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **-NONE-** | | | | | | |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name   **Sea Oaks Golf Club, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY, TRENTON DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                        12/15

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................................   $      **5,456,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.....................................................................................   $         **73,000.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................................   $      **5,529,000.00**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A *Amount of claim,* from line 3 of *Schedule D*...................................   $    **10,284,259.96**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................   $            **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$      **3,000,000.00**

4.   **Total liabilities** .......................................................................................................
    Lines 2 + 3a + 3b                                                                                          $    **13,284,259.96**

**Fill in this information to identify the case:**

Debtor name     **Sea Oaks Golf Club, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY, TRENTON DIVISION

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

   ■ No.  Go to Part 2.
   ☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. Does the debtor have any accounts receivable?

   ■ No.  Go to Part 4.
   ☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. Does the debtor own any investments?

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. Does the debtor own any inventory (excluding agriculture assets)?

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor    **Sea Oaks Golf Club, LLC**                          Case number *(If known)* _____
_____
Name

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e.,<br>VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2015 GMC Sierra K15 4WD**<br>**2015 GMC Sierra 1500 Pic Up** | **$23,000.00** | | **$23,000.00** |
| 47.2.  **2005 GMC Van** | **$7,000.00** | | **$7,000.00** |
| 47.3.  **2004 Dump Truck** | **$12,000.00** | | **$12,000.00** |
| 47.4.  **1980 55c John Deere Bakhow** | **$9,000.00** | | **$9,000.00** |
| **48.**  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating<br>homes, personal watercraft, and fishing vessels | | | |
| **49.**  **Aircraft and accessories** | | | |
| **50.**  **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**2007 Hauling Trailer** | **$7,000.00** | | **$7,000.00** |
| **Various mowers and equpment used to<br>maintain golf course and grounds** | **$15,000.00** | | **$15,000.00** |

**51.  Total of Part 8.**                                                                  | **$73,000.00** |

Add lines 47 through 50.  Copy the total to line 87.

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

| Debtor | **Sea Oaks Golf Club, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **99 Golf View Dr, Little Egg Harbor, NJ 08087-4219 18 hole golf course, clubhouse with a restaurant and pro shop, maintenance shop, and 31 room inn** | Fee Simple | $5,000,000.00 | Management estim | $5,000,000.00 |
| 55.2.   **99 Golf View Dr, Little Egg Harbor, NJ 08087-4219 vacant land approved for subdivision of 29 condo / townhouse development** | Fee Simple | $456,000.00 | tax assessment | $456,000.00 |

56.    **Total of Part 9.**                                                                                                      | $5,456,000.00 |

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☐ No
    ■ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☐ No
    ■ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No. Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No. Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Debtor | **Sea Oaks Golf Club, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

---

**Part 12:** Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $73,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................> | | $5,456,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $73,000.00 | + 91b. $5,456,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $5,529,000.00 |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Sea Oaks Golf Club, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY, TRENTON DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1  Ally Financial**<br>Creditor's Name<br><br>**Bankruptcy Department**<br>**PO Box 130424**<br>**Saint Paul, MN 55113-0004**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**2015 GMC Sierra K15 4WD**<br>**2015 GMC Sierra 1500 Pic Up**<br><br>Describe the lien<br>**2015 GMC Sierra 1500 Pick Up**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,259.96 | $23,000.00 |
| **2.2  Atlantic Homes, Inc.**<br>Creditor's Name<br><br><br>**c/o James J. Curry LLM**<br>**505 Main St**<br>**Toms River, NJ 08753-7443**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**07/15/2015**<br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**99 Golf View Dr, Little Egg Harbor, NJ; 18 hold golf course, clubhouse with a restaurant and pro shop, maintenance shop and 31 room inn ; Vacant land approved for subdivision of 29 condo/townhouse development**<br><br>Describe the lien<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | $10,272,000.00 | $5,456,000.00 |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor    **Sea Oaks Golf Club, LLC**

Case number (if known) _____

Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $10,284,259.96 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **James J. Curry, esq.** **505 Main St** **Toms River, NJ 08753-7443** | Line __2.2__ | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Sea Oaks Golf Club, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY, TRENTON DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Adrian Dieckman** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **491 A Rte # 9P** | ☐ Disputed | |
| | **West Creek, NJ 08092** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number  **1016** | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Alan Kirkpatrick** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **PO Box 545** | ☐ Disputed | |
| | **Barnegat Light, NJ 08006-0545** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number  **1064** | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Allen Halliday** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **14 Susan Ln** | ☐ Disputed | |
| | **Manahawkin, NJ 08050-4270** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number  **1098** | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Andrew Pezzarras** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number  **1905** | Is the claim subject to offset? ☑ No  ☐ Yes | |

| Debtor | **Sea Oaks Golf Club, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Arthur Schwarz**

☐ Contingent
☐ Unliquidated
☐ Disputed

**111 E North Carolina Ave**
**Long Beach, NJ 08008-3046**

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **1061**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Barbara Johnstone**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 97**
**Kenilworth, NJ 07033-0097**

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **1956**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Betty Chesner**

☐ Contingent
☐ Unliquidated
☐ Disputed

**6 Hillwood Dr**
**Mount Laurel, NJ 08054-6924**

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **1932**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brain Bouher**

☐ Contingent
☐ Unliquidated
☐ Disputed

**6 Cobblestone Ct**
**Glen Mills, PA 19342-1775**

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **1039**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brian Lynch**

☐ Contingent
☐ Unliquidated
☐ Disputed

**210 N 11th St**
**Surf City, NJ 08008-5310**

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **1047**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Butch Dieckman**

☐ Contingent
☐ Unliquidated
☐ Disputed

**491 A Rte # 9P**
**West Creek, NJ 08092**

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **1916**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Butch Palazza**

☐ Contingent
☐ Unliquidated
☐ Disputed

**161 Shannon Ct**
**Winchester, VA 22602-2372**

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **1936**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sea Oaks Golf Club, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Campbell  Johnstone**

**PO Box 97**
**Kenilworth, NJ 07033-0097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __1056__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carin Kirkpatrick**

**PO Box 545**
**Barnegat Light, NJ 08006-0545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __1964__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carol Dickson**

**42 Golf View Dr**
**Little Egg Harbor, NJ 08087-4222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __1996__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carol Sanderson**

**25 Grayhawk Ln**
**Little Egg Harbor, NJ 08087-4243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __1099__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carol Stohrer**

**115 N Ohio Ave**
**Barnegat Light, NJ 08006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __1902__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chris Wynkoop**

**1206 S Bay Ave**
**Beach Haven, NJ 08008-1516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __1970__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dane Nugent**

**5000 Long Beach Blvd**
**Beach Haven, NJ 08008-3932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __1954__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sea Oaks Golf Club, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Rauh**

2 Alpine Dr
North Haledon, NJ 07508-3116

Date(s) debt was incurred __

Last 4 digits of account number  **1071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Brothers**

6 Childsworth Ave
Bernardsville, NJ 07924-2304

Date(s) debt was incurred __

Last 4 digits of account number  **1950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Johnson**

35 Golf View Dr
Little Egg Harbor, NJ 08087-4219

Date(s) debt was incurred __

Last 4 digits of account number  **1069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Debbie Esposito**

2405 Cadwallader Sonk Rd
Cortland, OH 44410-9425

Date(s) debt was incurred __

Last 4 digits of account number  **1904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Diane Cocozza**

38 Bunker Dr
Little Egg Harbor, NJ 08087-2942

Date(s) debt was incurred __

Last 4 digits of account number  **1993**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Dolan, Bell & Marsella
Certified Public Accountants**
24 Nautilus Dr Ste 9-10
Manahawkin, NJ 08050-2490

Date(s) debt was incurred __

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dolores Diaz**

90 Eazst Milan Blvd
Farmingdale, NJ 07727

Date(s) debt was incurred __

Last 4 digits of account number  **1040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Sea Oaks Golf Club, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address

**Donald Burnaford**

6405 A Long Beach Blvd
Harvey Cedars, NJ 08008

Date(s) debt was incurred __

Last 4 digits of account number __1088__

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address

**Donald Wynkoop**

1206 S Bay Ave
Beach Haven, NJ 08008-1516

Date(s) debt was incurred __

Last 4 digits of account number __1070__

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address

**Donna Toledo**

42 Bunker Dr
Little Egg Harbor, NJ 08087-2942

Date(s) debt was incurred __

Last 4 digits of account number __1927__

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address

**Dorasani Reddy**

149 Kristine Ave
Manahawkin, NJ 08050-7811

Date(s) debt was incurred __

Last 4 digits of account number __1907__

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address

**Ed Balzarotti**

32 Murphy Cir
Florham Park, NJ 07932-2012

Date(s) debt was incurred __

Last 4 digits of account number __1025__

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address

**Edward Naughton**

52 Lafayette Dr
Manahawkin, NJ 08050-2907

Date(s) debt was incurred __

Last 4 digits of account number __1020__

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address

**Edward Zebrowski**

358 W 10th St
Ship Bottom, NJ 08008-6308

Date(s) debt was incurred __

Last 4 digits of account number __1006__

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Sea Oaks Golf Club, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address

**Edward Zolcinski**

**42 Schindler Ct**
**Upper Saddle River, NJ 07458-2362**

Date(s) debt was incurred __

Last 4 digits of account number __1081__

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address

**Eileen Dolan**

**373 Golf View Dr**
**Little Egg Harbor, NJ 08087-4227**

Date(s) debt was incurred __

Last 4 digits of account number __1023__

As of the petition filing date, the claim is: *Check all that apply.*    **unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address

**Elaine Turken**

**161 Flamingo Rd**
**Tuckerton, NJ 08087-2408**

Date(s) debt was incurred __

Last 4 digits of account number __1951__

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address

**Ellen Conners**

**13 Links Ln**
**Little Egg Harbor, NJ 08087-4249**

Date(s) debt was incurred __

Last 4 digits of account number __1978__

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address

**Frank Bode**

**66 Golf View Dr**
**Little Egg Harbor, NJ 08087-4222**

Date(s) debt was incurred __

Last 4 digits of account number __1036__

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address

**Frederick Collins**

**273 Grove St**
**Woodbridge, NJ 07095-1627**

Date(s) debt was incurred __

Last 4 digits of account number __1066__

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address

**George Ruotolo**

**2409 Central Ave**
**Ship Bottom, NJ 08008-4234**

Date(s) debt was incurred __

Last 4 digits of account number __1087__

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Debtor | **Sea Oaks Golf Club, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Gregg Carlovich**

15 Central Park W Apt 6P
New York, NY 10023-7711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **1085**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**James Cadmus**

13 Kings Cir
Malvern, PA 19355-2001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **1044**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**James Fisher**

10 Pheasant Run
Clarksburg, NJ 08510-1709

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **1035**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**James Fisher Jr.**

10 Pheasant Run
Clarksburg, NJ 08510-1709

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **1935**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Janet Wolf**

461 Golf View Dr
Little Egg Harbor, NJ 08087-4229

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **1941**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Jason Montelelone**

512 Ridgefield Rd
Wilton, CT 06897-1926

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **1060**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Jean Lusardo**

207 Jeremy Ln
Manahawkin, NJ 08050-3634

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **1922**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Debtor | **Sea Oaks Golf Club, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jim Thoma**

☐ Contingent
☐ Unliquidated
☐ Disputed

717 Philadelphia Blvd
Sea Girt, NJ 08750-2514

**Basis for the claim:** ___

Date(s) debt was incurred ___

Last 4 digits of account number  **1933**          Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joanne Prosky**

☐ Contingent
☐ Unliquidated
☐ Disputed

13 Golf View Dr
Little Egg Harbor, NJ 08087-4219

**Basis for the claim:** ___

Date(s) debt was incurred ___

Last 4 digits of account number  **1991**          Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Adamiak**

☐ Contingent
☐ Unliquidated
☐ Disputed

1068 H Long Breach Blvd
Beach Haven, NJ 08008

**Basis for the claim:** ___

Date(s) debt was incurred ___

Last 4 digits of account number  **1068**          Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Arizzi**

☐ Contingent
☐ Unliquidated
☐ Disputed

22 Bunker Dr
Little Egg Harbor, NJ 08087-2942

**Basis for the claim:** ___

Date(s) debt was incurred ___

Last 4 digits of account number  **1097**          Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Buerkle**

☐ Contingent
☐ Unliquidated
☐ Disputed

352 Golf View Dr
Little Egg Harbor, NJ 08087-4230

**Basis for the claim:** ___

Date(s) debt was incurred ___

Last 4 digits of account number  **1086**          Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Carlovich**

☐ Contingent
☐ Unliquidated
☐ Disputed

15 Central Park W Apt 6P
New York, NY 10023-7711

**Basis for the claim:** ___

Date(s) debt was incurred ___

Last 4 digits of account number  **1985**          Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Harden**

☐ Contingent
☐ Unliquidated
☐ Disputed

29 Woodlane Rd
Lawrence Township, NJ 08648-1055

**Basis for the claim:** ___

Date(s) debt was incurred ___

Last 4 digits of account number  **1082**          Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Debtor | **Sea Oaks Golf Club, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**John Harden Jr**

319 Monroe St Apt 1
Hoboken, NJ 07030-7665

Date(s) debt was incurred __

Last 4 digits of account number  **1982**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**John Minnella**

335 Golf View Dr
Little Egg Harbor, NJ 08087-4225

Date(s) debt was incurred __

Last 4 digits of account number  **1095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Jon Conahan**

15820 Savona Way
Naples, FL 34110-2700

Date(s) debt was incurred __

Last 4 digits of account number  **1034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Joseph G. Kiely**

27 Johns Dr
Warren, NJ 07059-3006

Date(s) debt was incurred __

Last 4 digits of account number  **1042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000,000.00

**Joseph Mezzina**

72 Golf View Dr
Little Egg Harbor, NJ 08087-4222

Date(s) debt was incurred __

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Joseph Watters**

49 Golf View Dr
Little Egg Harbor, NJ 08087-4219

Date(s) debt was incurred __

Last 4 digits of account number  **1075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Julie Swarts**

34 Bunker Dr
Little Egg Harbor, NJ 08087-2942

Date(s) debt was incurred __

Last 4 digits of account number  **1924**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sea Oaks Golf Club, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.61**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Karen Buerkle** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **352 Golf View Dr** | ☐ Disputed | |
| **Little Egg Harbor, NJ 08087-4230** | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number  **1986** | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

**3.62**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Karen Rauh** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **2 Alpine Dr** | ☐ Disputed | |
| **North Haledon, NJ 07508-3116** | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number  **1971** | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

**3.63**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Kathleen Cameron** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **18 Cypress Ct** | ☐ Disputed | |
| **Little Egg Harbor, NJ 08087-4231** | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number  **1976** | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

**3.64**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Kathleen Guarino** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **3 Downe Cir** | ☐ Disputed | |
| **Medford, NJ 08055-3331** | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number  **1090** | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

**3.65**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Kathryn Adamiak** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **1068 H Long Breach Blvd** | ☐ Disputed | |
| **Beach Haven, NJ 08008** | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number  **1968** | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

**3.66**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Kathy Halliday** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **14 Susan Ln** | ☐ Disputed | |
| **Manahawkin, NJ 08050-4270** | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number  **1998** | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

**3.67**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Kevin Hogan** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **1907 Ocean Ave # Aenue** | ☐ Disputed | |
| **Surf City, NJ 08008-5443** | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number  **1946** | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

| Debtor | **Sea Oaks Golf Club, LLC** | Case number (if known) | |
| | Name | | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Larry Cameron**

18 Cypress Ct
Little Egg Harbor, NJ 08087-4231

Date(s) debt was incurred __

Last 4 digits of account number  **1076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Larry Wallace**

90 Sunlit Dr
Watchung, NJ 07069-6219

Date(s) debt was incurred __

Last 4 digits of account number  **1055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Linda Gamble**

311 Orchard Way
Wayne, PA 19087-4833

Date(s) debt was incurred __

Last 4 digits of account number  **1917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Linda Rawlins**

286 Holcombe Way
Lambertville, NJ 08530-2227

Date(s) debt was incurred __

Last 4 digits of account number  **1977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lori Moscato**

41 Hamble Rd
Little Egg Harbor, NJ 08087-3667

Date(s) debt was incurred __

Last 4 digits of account number  **1994**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Margaret Felix**

436 Golf View Dr
Little Egg Harbor, NJ 08087-4232

Date(s) debt was incurred __

Last 4 digits of account number  **1953**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marilyn Colucci**

361 Golf View Dr
Little Egg Harbor, NJ 08087-4227

Date(s) debt was incurred __

Last 4 digits of account number  **1926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sea Oaks Golf Club, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.75** | Nonpriority creditor's name and mailing address

**Mark Balzarotti**

6 Atlas Rd
Basking Ridge, NJ 07920-2206

Date(s) debt was incurred __

Last 4 digits of account number **1925**

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address

**Mark Prosky**

13 Golf View Dr
Little Egg Harbor, NJ 08087-4219

Date(s) debt was incurred __

Last 4 digits of account number **1091**

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address

**Mary Jane Watters**

49 Golf View Dr
Little Egg Harbor, NJ 08087-4219

Date(s) debt was incurred __

Last 4 digits of account number **1975**

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address

**Michael Bayles**

209 Glen Arden Dr
Fairfield, CT 06824-3901

Date(s) debt was incurred __

Last 4 digits of account number **1931**

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address

**Michael Boucher**

405 Timberl Ln
Newtown Square, PA 19073

Date(s) debt was incurred __

Last 4 digits of account number **1939**

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address

**Michael Cocozza**

38 Bunker Dr
Little Egg Harbor, NJ 08087-2942

Date(s) debt was incurred __

Last 4 digits of account number **1093**

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address

**Michael Lusardo**

207 Jeremy Ln
Manahawkin, NJ 08050-3634

Date(s) debt was incurred __

Last 4 digits of account number **1022**

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sea Oaks Golf Club, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Michael Monteleone**

309 E 87th St Apt 6
New York, NY 10128-4809

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __1960__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Michael Sullivan**

1118 E Long Beach Blvd
North Beach, NJ 08008

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __1029__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Michael Zisman**

311 Orchard Way
Wayne, PA 19087-4833

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __1017__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Nancy Lynch**

210 N 11th St
Surf City, NJ 08008-5310

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __1947__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Nancy Wallace**

90 Sunlit Dr
Watchung, NJ 07069-6219

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __1955__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Patrick Dolan**

237 Barnsboro Rd
Sewell, NJ 08080-4503

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __1923__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Patrick Esposito**

2405 Cadwallader Sonk Rd
Cortland, OH 44410-9425

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __1004__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sea Oaks Golf Club, LLC** | | Case number (if known) | |
| | Name | | | |

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Patrick Hogan** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **1907 Ocean Ave # Aenue** | ☐ Disputed | |
| | **Surf City, NJ 08008-5443** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number **1046** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Patrick Minnella** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **192 Liberty Ave** | ☐ Disputed | |
| | **Manahawkin, NJ 08050-1915** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number **1995** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Paula Doll** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **6324 Long Beach Blvd** | ☐ Disputed | |
| | **Harvey Cedars, NJ 08008-5758** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number **1903** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Peter Swarts** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **34 Bunker Dr** | ☐ Disputed | |
| | **Little Egg Harbor, NJ 08087-2942** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number **1024** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Ralph Moscato** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **41 Hamble Rd** | ☐ Disputed | |
| | **Little Egg Harbor, NJ 08087-3667** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number **1094** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Ramond Rawlins** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **286 Holcombe Way** | ☐ Disputed | |
| | **Lambertville, NJ 08530-2227** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number **1077** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Richard Lindquist** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **333 E 91st St Apt 6P** | ☐ Disputed | |
| | **New York, NY 10128-5895** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number **1001** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Sea Oaks Golf Club, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Richard Pollard**

4 John St
Little Egg Harbor, NJ 08087-9615

Date(s) debt was incurred __

Last 4 digits of account number  **1021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Richard Toledo**

42 Bunker Dr
Little Egg Harbor, NJ 08087-2942

Date(s) debt was incurred __

Last 4 digits of account number  **1027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robert Conners**

13 Links Ln
Little Egg Harbor, NJ 08087-4249

Date(s) debt was incurred __

Last 4 digits of account number  **1078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robert Kirtcher**

5 W Lillie Ave
Beach Haven, NJ 08008-3131

Date(s) debt was incurred __

Last 4 digits of account number  **1048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robert Nugent**

5000 Long Beach Blvd
Beach Haven, NJ 08008-3932

Date(s) debt was incurred __

Last 4 digits of account number  **1054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robert Stohrer**

115 N Ohio Ave
Barnegat Light, NJ 08006

Date(s) debt was incurred __

Last 4 digits of account number  **1002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robert Thoma**

651 Oriskany Ct
Osprey, FL 34229-9379

Date(s) debt was incurred __

Last 4 digits of account number  **1033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sea Oaks Golf Club, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.103**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Robert Turken** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **161 Flamingo Rd** | ☐ Disputed | |
| **Tuckerton, NJ 08087-2408** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number  **1051** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.104**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Robert Wolf** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **461 Golf View Dr** | ☐ Disputed | |
| **Little Egg Harbor, NJ 08087-4229** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number  **1041** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.105**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Robert Woods** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **408 Championship Way** | ☐ Disputed | |
| **Moorestown, NJ 08057-3993** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number  **1011** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.106**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Rose Marie Davidson** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **135 E Ryerson Ln** | ☐ Disputed | |
| **Beach Haven, NJ 08008-2866** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number  **1974** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.107**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Rosemaur Leonardo** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **67 Cedars Ave** | ☐ Disputed | |
| **Harvey Cedars, NJ 08008-5720** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number  **1092** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.108**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Saibaba Reddy** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **149 Kristine Ave** | ☐ Disputed | |
| **Manahawkin, NJ 08050-7811** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number  **1007** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.109**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Sandra Johnson** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **35 Golf View Dr** | ☐ Disputed | |
| **Little Egg Harbor, NJ 08087-4219** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number  **1969** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Sea Oaks Golf Club, LLC** | | | |
|---|---|---|---|---|
| | Name | | Case number (if known) | |

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Scott Pezarras**

**1099 Verdant Rd**
**Toms River, NJ 08753-3533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **1005**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shawn Weeks**

**8 York Dr**
**Helmetta, NJ 08828-1161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **1089**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shawn Weeks. Jr.**

**8 York Dr**
**Helmetta, NJ 08828-1161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **1989**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Stephen Dora**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **1940**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Suzanne Conahan**

**15820 Savona Way**
**Naples, FL 34110-2700**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **1934**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Suzanne Linquist**

**333 E 91st St Apt 6P**
**New York, NY 10128-5895**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **1901**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Thomas Dickson**

**42 Golf View Dr**
**Little Egg Harbor, NJ 08087-4222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **1096**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Debtor | **Sea Oaks Golf Club, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.117** | Nonpriority creditor's name and mailing address

**Thomas Lockburner**

55 Murphy Cir
Florham Park, NJ 07932-2010

Date(s) debt was incurred __

Last 4 digits of account number  **1031**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.118** | Nonpriority creditor's name and mailing address

**Thoms Brothers**

2 S Central Ave
Beach Haven, NJ 08008-4844

Date(s) debt was incurred __

Last 4 digits of account number  **1050**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.119** | Nonpriority creditor's name and mailing address

**Timothy Doll**

268 Forge Rd
West Creek, NJ 08092-9309

Date(s) debt was incurred __

Last 4 digits of account number  **1003**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.120** | Nonpriority creditor's name and mailing address

**Timothy Weeks**

44 Hyer Ct
Aberdeen, NJ 07747-1252

Date(s) debt was incurred __

Last 4 digits of account number  **1083**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.121** | Nonpriority creditor's name and mailing address

**Wilaim Davidson**

135 E Ryerson Ln
Beach Haven, NJ 08008-2866

Date(s) debt was incurred __

Last 4 digits of account number  **1074**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.122** | Nonpriority creditor's name and mailing address

**William Chesner**

6 Hillwood Dr
Mount Laurel, NJ 08054-6924

Date(s) debt was incurred __

Last 4 digits of account number  **1032**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.123** | Nonpriority creditor's name and mailing address

**William Felix**

436 Golf View Dr
Little Egg Harbor, NJ 08087-4232

Date(s) debt was incurred __

Last 4 digits of account number  **1053**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Sea Oaks Golf Club, LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**William Henning**

**260 Matey Ave**
**Manahawkin, NJ 08050-2233**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __1028__

Is the claim subject to offset? ■ No ☐ Yes

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**William Stanbach**

**2220 West Ave**
**Beach Haven, NJ 08008-1349**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __1030__

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.   Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
| --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 3,000,000.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 3,000,000.00 |

<table>
<tr><td colspan="2">

**Fill in this information to identify the case:**

Debtor name     **Sea Oaks Golf Club, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY, TRENTON DIVISION

Case number (if known) _____

</td></tr>
</table>

☐ Check if this is an
  amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Family Membership** |
| State the term remaining | |
| List the contract number of any government contract     **7518** | **Abby Guider**<br>**1958 Breakers Dr**<br>**Barnegat, NJ 08005-2646** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** |
| State the term remaining | |
| List the contract number of any government contract     **2003** | **Adam Doren**<br>**1027 Garden St**<br>**Hoboken, NJ 07030-4302** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** |
| State the term remaining | |
| List the contract number of any government contract     **2027** | **Alan Lee**<br>**311 Center St**<br>**Manahawkin, NJ 08050-3120** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** |
| State the term remaining | |
| List the contract number of any government contract     **7735** | **Alan Sauer**<br>**6 Maple Ave**<br>**Barnegat, NJ 08005-2306** |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Debtor 1 | **Sea Oaks Golf Club, LLC** | | Case number *(if known)* |
|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Family Membership** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | 08731 | **Albert Silvestri**<br>**423 Middle Branch Dr**<br>**Forked River, NJ 08731-4941** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | 2081 | **Angelo Mureo**<br>**8 Creekview Rd**<br>**Barnegat, NJ 08005-2434** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | 3506 | **Angelo W. Lovallo**<br>**337 Golf View Dr**<br>**Little Egg Harbor, NJ 08087-4225** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | 7772 | **Ann Davidson**<br>**324 Golf View Dr**<br>**Little Egg Harbor, NJ 08087-4230** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | 2013 | **Anthony Macahilig**<br>**314 Princeton Rd**<br>**Linden, NJ 07036-5502** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** | |
|---|---|---|---|
| | State the term remaining | | **Anthony Rischitell**<br>**15 Aldom Cir**<br>**West Caldwell, NJ 07006-7414** |

| Debtor 1 | **Sea Oaks Golf Club, LLC** | | Case number *(if known)* |
|---|---|---|---|
| | First Name    Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | List the contract number of any government contract | 2058 | |
|---|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** | |
|---|---|---|---|
| | State the term remaining | | **Anthony Troisi** |
| | List the contract number of any government contract | 3002 | **1104 Oahu Dr** **Forked River, NJ 08731-4701** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Anthony Viscito** |
| | List the contract number of any government contract | 2113 | **39 Eastern Pkwy** **Caldwell, NJ 07006-7215** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Archer Katz** |
| | List the contract number of any government contract | 2126 | **151 Birchwood Rd** **Old Tappan, NJ 07675-6810** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | **arthur Kukoda** |
| | List the contract number of any government contract | 7733 | **33 Maple St** **Spotswood, NJ 08884-2109** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Austin Gobo** |
| | List the contract number of any government contract | 2152 | **331 E 9th St Apt 3** **New York, NY 10003-7721** |

Debtor 1    **Sea Oaks Golf Club, LLC**
_____        Case number *(if known)* _____
 First Name          Middle Name              Last Name

    **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Barbara Bailey** |
| | List the contract number of any government contract | **2156** | **25 Highland Dr** **Manahawkin, NJ 08050-5440** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | **Barbara Borinsky** |
| | List the contract number of any government contract | **7723** | **318 Golf View Dr** **Tuckerton, NJ 08087-4230** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Barbara Cogswell** |
| | List the contract number of any government contract | **2097** | **50 Windstar Dr** **Little Egg Harbor, NJ 08087-1678** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | **Better A. Bauer** |
| | List the contract number of any government contract | **7715** | **23 Masters Ct** **Little Egg Harbor, NJ 08087-2904** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | **Betty Joyce Meye** |
| | List the contract number of any government contract | **7710** | **10 Bunker Dr** **Little Egg Harbor, NJ 08087-2942** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** | |
|---|---|---|---|
| | State the term remaining | | **Bill Decker** **123 Golf View Dr** **Little Egg Harbor, NJ 08087-4223** |

| Debtor 1 | **Sea Oaks Golf Club, LLC** | | | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| List the contract number of any government contract **3541** | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **2069** | **Bill Rafferty**<br>**18 Denville St**<br>**Barnegat, NJ 08005-2503** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **2021** | **Bill Upton**<br>**303 Terrace Ave**<br>**Toms River, NJ 08753-7729** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **7745** | **Bob Terrigno**<br>**47 Sunnycrest Dr**<br>**Brick, NJ 08724-3654** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **7709** | **Bonnie Merkel**<br>**56 Golf View Dr**<br>**Little Egg Harbor, NJ 08087-4222** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **2083** | **Bonnie W Davis**<br>**PO Box 389**<br>**Barnegat Light, NJ 08006** |

| Debtor 1 | **Sea Oaks Golf Club, LLC** | | Case number *(if known)* |
| | First Name    Middle Name    Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
| | State the term remaining | | **Bradley Hewitt** |
| | List the contract number of any government contract | **2070** | **151 Darryl Dr**<br>**Little Egg Harbor, NJ 08087-9768** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Family Membership** | |
| | State the term remaining | | **Brandon Tyhanic** |
| | List the contract number of any government contract | **7526** | **16 Pembrook Ct**<br>**Little Egg Harbor, NJ 08087-3923** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
| | State the term remaining | | **Brian Brady** |
| | List the contract number of any government contract | **7756** | **22 Timber Ln**<br>**West Creek, NJ 08092-9677** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
| | State the term remaining | | **Brian Havrilak** |
| | List the contract number of any government contract | **2116** | **233 Aberdeen Ave**<br>**Exton, PA 19341-2720** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Family Membership** | |
| | State the term remaining | | **Brian Klements** |
| | List the contract number of any government contract | **7521** | **163 Giffordtown Ln**<br>**Little Egg Harbor, NJ 08087-9603** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Family Membership** | |
| | State the term remaining | | **Brian Silvestri**<br>**423 Middle Branch Dr**<br>**Forked River, NJ 08731-4941** |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor 1   **Sea Oaks Golf Club, LLC**                                                   Case number *(if known)*
             First Name        Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract    **7539** | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | **Brian Varley** |
| | List the contract number of any government contract | **7747** | **1420 Ocean Way Apt 3A**<br>**Jupiter, FL 33477-7271** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** | |
|---|---|---|---|
| | State the term remaining | | **Bruce Seaman** |
| | List the contract number of any government contract | **3007** | **PO Box 8243**<br>**Trenton, NJ 08650-0243** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Bruce Stiers** |
| | List the contract number of any government contract | **2039** | **365 Golf View Dr**<br>**Little Egg Harbor, NJ 08087-4227** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | **C J Mack** |
| | List the contract number of any government contract | **7751** | **220 Centre St Fl 2**<br>**Beach Haven, NJ 08008-1714** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Family Membership** | |
|---|---|---|---|
| | State the term remaining | | **Caitlin Guider** |
| | List the contract number of any government contract | **7516** | **1958 Breakers Dr**<br>**Barnegat, NJ 08005-2646** |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Debtor 1 | **Sea Oaks Golf Club, LLC** | | Case number *(if known)* |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Family Membership** | |
|---|---|---|---|
| | State the term remaining | | **Candy Guider** |
| | List the contract number of any government contract | 7514 | **1958 Breakers Dr**<br>**Barnegat, NJ 08005-2646** |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | **Carmen Mack** |
| | List the contract number of any government contract | 7729 | **1 W 29th Street Long Bch**<br>**Beach Haven, NJ 08008** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | **Carol Terrigno** |
| | List the contract number of any government contract | 7746 | **47 Sunnycrest Dr**<br>**Brick, NJ 08724-3654** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | **Cassie Brady** |
| | List the contract number of any government contract | 7755 | **22 Timber Ln**<br>**West Creek, NJ 08092-9677** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | **Charles McGinley** |
| | List the contract number of any government contract | 7748 | **412 Liberty Ave**<br>**Beach Haven, NJ 08008-1455** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Charles Peterson**<br>**285 Nautilus Dr**<br>**Manahawkin, NJ 08050-2240** |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Debtor 1 | **Sea Oaks Golf Club, LLC** | | Case number *(if known)* |
|---|---|---|---|
| | First Name | Middle Name | Last Name |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | List the contract number of any government contract | **2134** | |
|---|---|---|---|

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Family Membersip** | |
|---|---|---|---|
| | State the term remaining | | **Chris Guider** |
| | List the contract number of any government contract | **7502** | **1958 Breakers Dr**<br>**Barnegat, NJ 08005-2646** |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Family Membership** | |
|---|---|---|---|
| | State the term remaining | | **Chris Guider, jr.** |
| | List the contract number of any government contract | **7515** | **1958 Breakers Dr**<br>**Barnegat, NJ 08005-2646** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | **Christopher Yax** |
| | List the contract number of any government contract | **7763** | **29 Bunker Dr**<br>**Little Egg Harbor, NJ 08087-2940** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Cindy Ludwig** |
| | List the contract number of any government contract | **2060** | **730 Hill St**<br>**Lanoka Harbor, NJ 08734-1734** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Dan Biloram** |
| | List the contract number of any government contract | **2102** | **190 Nolan Ave**<br>**Bayville, NJ 08721-3475** |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Debtor 1 | **Sea Oaks Golf Club, LLC** | | Case number *(if known)* |
|---|---|---|---|
| | First Name    Middle Name | Last Name | |

  **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | **Dan Strongarone** |
| | List the contract number of any government contract | 7706 | **45 Chatham Rd** **Little Egg Harbor, NJ 08087-3661** |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Corporate Business Member** | |
|---|---|---|---|
| | State the term remaining | | **Dan Wyrsch** |
| | List the contract number of any government contract | 6017 | **310 Bayberry Ct** **West Creek, NJ 08092-2834** |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Daniel C Cummings** |
| | List the contract number of any government contract | 2050 | **185 Parkertown Dr** **Little Egg Harbor, NJ 08087-9711** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Annual SIngle Member** | |
|---|---|---|---|
| | State the term remaining | | **Daniel J Crank** |
| | List the contract number of any government contract | 2095 | **221 Montclair Rd S** **Barnegat, NJ 08005-2614** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Daniel J Schreck** **Schreck Bavaro & Co** |
| | List the contract number of any government contract | 2026 | **10 N Park Pl Ste 530** **Morristown, NJ 07960-7101** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Daniel N Sanzo** **853 Buccaneer Ln** **Manahawkin, NJ 08050-2111** |

| Debtor 1 | **Sea Oaks Golf Club, LLC** | | Case number *(if known)* |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract **2103** | |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** | |
|---|---|---|---|
| | State the term remaining | | **Daniel Richardson** |
| | List the contract number of any government contract | **3057** | **71 Galley Way** **Little Egg Harbor, NJ 08087-3664** |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Corporate Business Member** | |
|---|---|---|---|
| | State the term remaining | | **Dave Wyrsch Jr** |
| | List the contract number of any government contract | **6018** | **110 Autumn Oak Ln** **Manahawkin, NJ 08050-2578** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Corporate Business Member** | |
|---|---|---|---|
| | State the term remaining | | **David L Wyrsch** |
| | List the contract number of any government contract | **6019** | **1068 Whispering Oak Ln** **Manahawkin, NJ 08050-2632** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | **David Lane** |
| | List the contract number of any government contract | **7762** | **805 16th Ave Apt 2** **Belmar, NJ 07719-2810** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Family Membership** | |
|---|---|---|---|
| | State the term remaining | | **David Laney** |
| | List the contract number of any government contract | **7530** | **35 Sea Breeze Dr** **Little Egg Harbor, NJ 08087-9765** |

Debtor 1   **Sea Oaks Golf Club, LLC**
             _____        Case number *(if known)* _____
           First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** | |
|---|---|---|---|
| | State the term remaining | | **David R Young** |
| | List the contract number of any government contract | **2137** | **41 Lighthouse Way** **Beach Haven, NJ 08008-6122** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | **David Roskos** |
| | List the contract number of any government contract | **7730** | **58 Foster Road Pennington Rd** **Pennington, NJ 08534** |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **David S Ginsburg** |
| | List the contract number of any government contract | **2043** | **55 W California Ave** **Long Beach Township, NJ 08008-3232** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **David Stout** |
| | List the contract number of any government contract | **3026** | **12 Rapids Ct** **Barnegat, NJ 08005-5571** |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **David Wallinger** |
| | List the contract number of any government contract | **2151** | **151 Barracuda Rd** **Manahawkin, NJ 08050-1202** |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Annusl Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Debbie Leonard** **730 Hill St** **Lanoka Harbor, NJ 08734-1734** |

| Debtor 1 | **Sea Oaks Golf Club, LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | List the contract number of any government contract | 2061 | |
|---|---|---|---|

---

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Dennis Daniels** |
| | List the contract number of any government contract | 2073 | **1312 Lancewood Ter**<br>**Palm City, FL 34990-8051** |

---

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** | |
|---|---|---|---|
| | State the term remaining | | **Dennis M Filippon** |
| | List the contract number of any government contract | 3005 | **209 Arborridge Dr**<br>**Forked River, NJ 08731-1084** |

---

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Dennis Mondelli** |
| | List the contract number of any government contract | 2115 | **37 Deer Run Dr N**<br>**Barnegat, NJ 08005-2032** |

---

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Dennis N Longstre** |
| | List the contract number of any government contract | 2158 | **6946 SE Harbor Cir**<br>**Stuart, FL 34996-1915** |

---

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | **Derek R Stanton** |
| | List the contract number of any government contract | 7739 | **8 Grayhawk Ln**<br>**Little Egg Harbor, NJ 08087-4240** |

---

Debtor 1   **Sea Oaks Golf Club, LLC**                                    Case number (*if known*)
_____      First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Don Kakstis** |
| | List the contract number of any government contract | **2124** | **16 5th St**<br>**Beach Haven, NJ 08008-1962** |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** | |
|---|---|---|---|
| | State the term remaining | | **Donald Leese** |
| | List the contract number of any government contract | **3025** | **366 Golf View Dr**<br>**Little Egg Harbor, NJ 08087-4230** |

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Donald Maurer** |
| | List the contract number of any government contract | **2048** | **10 Galley Way**<br>**Little Egg Harbor, NJ 08087-3663** |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Family Membership** | |
|---|---|---|---|
| | State the term remaining | | **Dustin Bodony** |
| | List the contract number of any government contract | **7513** | **10 Longworth Ct**<br>**West Creek, NJ 08092-2831** |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Ed Lemire** |
| | List the contract number of any government contract | **2164** | **252 Newport Way**<br>**Little Egg Harbor, NJ 08087-3650** |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** | |
|---|---|---|---|
| | State the term remaining | | **Edward Malone**<br>**19 Golf View Dr**<br>**Little Egg Harbor, NJ 08087-4219** |

| Debtor 1 | **Sea Oaks Golf Club, LLC** | | Case number *(if known)* |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | List the contract number of any government contract | 3038 |
|---|---|---|

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Edward Walsh** |
| | List the contract number of any government contract | 2122 | **4 Biabou Dr**<br>**Toms River, NJ 08757-3733** |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | **Eileen Kelly** |
| | List the contract number of any government contract | 7765 | **116 Albert Dr**<br>**Manahawkin, NJ 08050-4504** |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** | |
|---|---|---|---|
| | State the term remaining | | **Emery Dupuis** |
| | List the contract number of any government contract | 2065 | **7 Shoemaker Rd**<br>**Manalapan, NJ 07726-6016** |

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Eric Hansen** |
| | List the contract number of any government contract | 2029 | **389 S Green St**<br>**Tuckerton, NJ 08087-2526** |

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | **Eric Swain** |
| | List the contract number of any government contract | 7736 | **1022 Midship Ave**<br>**Manahawkin, NJ 08050-2338** |

| Debtor 1 | **Sea Oaks Golf Club, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** | |
|---|---|---|---|
| | State the term remaining | | **Erik Jurgensen** |
| | List the contract number of any government contract | **2140** | **155 Ravenwood Blvd** **Barnegat, NJ 08005-2203** |

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Family Membership** | |
|---|---|---|---|
| | State the term remaining | | **Erin Guider** |
| | List the contract number of any government contract | **7517** | **1958 Breakers Dr** **Barnegat, NJ 08005-2646** |

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | **Ester Tomasette** |
| | List the contract number of any government contract | **7724** | **120 E 21st St** **Beach Haven, NJ 08008** |

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | **Frank Janda** |
| | List the contract number of any government contract | **7741** | **1330 Lee Way** **Forked River, NJ 08731-4123** |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | **Frank Peters** |
| | List the contract number of any government contract | **7738** | **668 Loxley Dr** **Toms River, NJ 08753-4384** |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Frank Zurica** **911 Travis Ave** **Staten Island, NY 10314-5707** |

Debtor 1   **Sea Oaks Golf Club, LLC**
_____          Case number *(if known)* _____
First Name       Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | List the contract number of any government contract | **2001** |
|---|---|---|

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **2131** |

**Fred Santos**
**2273 Old Church Rd**
**Toms River, NJ 08753-8156**

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **7727** |

**Gail Lavrentiev**
**28 Golf View Dr**
**Little Egg Harbor, NJ 08087-4222**

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **2057** |

**Gateion Canonico**
**15 Masters Ct**
**Little Egg Harbor, NJ 08087-2904**

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **2004** |

**Gene Pepe**
**216 Newport Way**
**Little Egg Harbor, NJ 08087-3650**

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **2129** |

**George Bailey**
**25 Highland Dr**
**Manahawkin, NJ 08050-5440**

Debtor 1   **Sea Oaks Golf Club, LLC**_____   Case number *(if known)*_____
               First Name        Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** | |
|---|---|---|---|
| | State the term remaining | | **George Draeger** |
| | List the contract number of any government contract | **2062** | **PO Box 4117**<br>**Wayne, NJ 07474-4117** |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | **George Georgeles** |
| | List the contract number of any government contract | **7716** | **11 Cypress Ct**<br>**Little Egg Harbor, NJ 08087-4231** |

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single MEmber** | |
|---|---|---|---|
| | State the term remaining | | **George Ondic Jr** |
| | List the contract number of any government contract | **2037** | **79 Shady Nook Dr**<br>**Toms River, NJ 08755-5127** |

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** | |
|---|---|---|---|
| | State the term remaining | | **George Petronella** |
| | List the contract number of any government contract | **3017** | **30 Masters Ct**<br>**Little Egg Harbor, NJ 08087-2943** |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** | |
|---|---|---|---|
| | State the term remaining | | **George R. Hyatt** |
| | List the contract number of any government contract | **3924** | **21 Grayhawk Ln**<br>**Little Egg Harbor, NJ 08087-4243** |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** | |
|---|---|---|---|
| | State the term remaining | | **George W Davis**<br>**PO Box 389**<br>**Barnegat Light, NJ 08006** |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor 1    **Sea Oaks Golf Club, LLC**

First Name          Middle Name          Last Name          Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | 2084 | |
|---|---|---|---|

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | Annual Single Member | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | 2107 | Gerry Ludwig<br>730 Hill St<br>Lanoka Harbor, NJ 08734-1734 |

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | Annual Single Weekday Membership | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | 3016 | Ginny Habakus<br>7749 SE Spicewood Cir<br>Hobe Sound, FL 33455-8204 |

| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | Annual Single Membership Twilight | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | 7719 | Gloria Barnet<br>311 Golf View Dr<br>Little Egg Harbor, NJ 08087-4225 |

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | Family Membership | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | 7526 | Grace Klements<br>16 Pembrook Ct<br>Little Egg Harbor, NJ 08087-3923 |

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | Annual Single Member | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | 2165 | Gregory J McNally<br>27 Warren Ct<br>Manahawkin, NJ 08050-7817 |

Debtor 1 **Sea Oaks Golf Club, LLC**
First Name          Middle Name          Last Name          Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.104.** State what the contract or lease is for and the nature of the debtor's interest — **Corporate Business Member**

State the term remaining

List the contract number of any government contract — **6012**

Herman Pharo
124 Lanyard Rd
Manahawkin, NJ 08050-1619

**2.105.** State what the contract or lease is for and the nature of the debtor's interest — **Annual Single Membership Twilight**

State the term remaining

List the contract number of any government contract — **7904**

Howard Shemitz
60 Butler Dr
Barnegat, NJ 08005-2252

**2.106.** State what the contract or lease is for and the nature of the debtor's interest — **Annual Single Member**

State the term remaining

List the contract number of any government contract — **2028**

Jack Byrnes
1701 Seaview Ave
Barnegat Light, NJ 08006-1504

**2.107.** State what the contract or lease is for and the nature of the debtor's interest — **Annual Single Weekday Membership**

State the term remaining

List the contract number of any government contract — **2159**

Jack Tooker
12 E 14th St
Beach Haven, NJ 08008-2212

**2.108.** State what the contract or lease is for and the nature of the debtor's interest — **Annual Single Member**

State the term remaining

List the contract number of any government contract — **2031**

James Adams
25 Rutledge Rd
Valhalla, NY 10595-1250

**2.109.** State what the contract or lease is for and the nature of the debtor's interest — **Annual Single Member**

State the term remaining

James Carver
612 Batchelor St
Toms River, NJ 08753-6835

| Debtor 1 | **Sea Oaks Golf Club, LLC** | | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | List the contract number of any government contract | **2128** | |
|---|---|---|---|

---

| **2.110.** | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | **James G. McCaffrey** |
| | List the contract number of any government contract | **7721** | **14 W 16th St**<br>**Beach Haven, NJ 08008-2239** |

---

| **2.111.** | State what the contract or lease is for and the nature of the debtor's interest | **Corporate Business Member** | |
|---|---|---|---|
| | State the term remaining | | **James Gluck** |
| | List the contract number of any government contract | **6049** | **217 Washington St**<br>**Toms River, NJ 08753-7567** |

---

| **2.112.** | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **James H Hughes** |
| | List the contract number of any government contract | **2055** | **25 Shoveler Ln**<br>**Manahawkin, NJ 08050-3178** |

---

| **2.113.** | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **James J Connallon** |
| | List the contract number of any government contract | **2035** | **48 Bunker Dr**<br>**Little Egg Harbor, NJ 08087-2942** |

---

| **2.114.** | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **James J Damato** |
| | List the contract number of any government contract | **2123** | **24634 Saint Denis Ct**<br>**Valencia, CA 91355-3500** |

---

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor 1  **Sea Oaks Golf Club, LLC**                                              Case number *(if known)*
  First Name        Middle Name        Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | 7726 | **James McNally 251 Newport Way Little Egg Harbor, NJ 08087-3655** |

| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | 2161 | **James Saxton 413 Riverside Dr Pine Beach, NJ 08741-1144** |

| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | 2012 | **Jane Zeitschel 19 Cypress Ct Little Egg Harbor, NJ 08087-4231** |

| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | 2087 | **Jeff Ervin 16 Pikes Peak Rd Little Egg Harbor, NJ 08087-9636** |

| 2.119. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | 2041 | **Jeff Ray 535 Locust Point Rd Rumson, NJ 07760-2321** |

| 2.120. | State what the contract or lease is for and the nature of the debtor's interest | **Family Membership** | |
|---|---|---|---|
| | State the term remaining | | **Jeff Reilly Jr 328 Bayberry Ct West Creek, NJ 08092-2834** |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor 1   **Sea Oaks Golf Club, LLC**                                  Case number *(if known)*
            First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | List the contract number of any government contract | 08092 |  |
|---|---|---|---|

| 2.121. | State what the contract or lease is for and the nature of the debtor's interest | **Corporate Business Member** |  |
|---|---|---|---|
|  | State the term remaining |  | **Jeff Wyrsch** |
|  | List the contract number of any government contract | **6016** | **110 Autumn Oak Ln** **Manahawkin, NJ 08050-2578** |

| 2.122. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** |  |
|---|---|---|---|
|  | State the term remaining |  | **Jeremy DeFilippis** |
|  | List the contract number of any government contract | **2036** | **12 Mea Ln** **Beach Haven, NJ 08008-3633** |

| 2.123. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** |  |
|---|---|---|---|
|  | State the term remaining |  | **Jim Engler** |
|  | List the contract number of any government contract | **2014** | **53 Freedom Hills Dr** **Barnegat, NJ 08005-1827** |

| 2.124. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** |  |
|---|---|---|---|
|  | State the term remaining |  | **Jim Oliveiero** |
|  | List the contract number of any government contract | **3019** | **115 Golf View Dr** **Little Egg Harbor, NJ 08087-4223** |

| 2.125. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** |  |
|---|---|---|---|
|  | State the term remaining |  | **Joe Abakus** |
|  | List the contract number of any government contract | **3015** | **7749 SE Spicewood Cir** **Hobe Sound, FL 33455-8204** |

Debtor 1  **Sea Oaks Golf Club, LLC**                                    Case number *(if known)*
          First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.126. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **2082** | **Joe Donabauer<br>5 Stafford Ter<br>Parsippany, NJ 07054-4035** |

| 2.127. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **2059** | **Joe Ernst<br>26 Bunker Dr<br>Little Egg Harbor, NJ 08087-2942** |

| 2.128. | State what the contract or lease is for and the nature of the debtor's interest | **Corporate Businiess Member** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **6011** | **Joe Hutchinson Jr<br>31 Eagle Ridge Ln<br>West Creek, NJ 08092-3234** |

| 2.129. | State what the contract or lease is for and the nature of the debtor's interest | **Corporate Busniess Member** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **6010** | **Joe Hutchinson Sr<br>3100 Long Beach Blvd<br>Beach Haven, NJ 08008-4129** |

| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **3525** | **Joesep Morella<br>422 Golf View Dr<br>Little Egg Harbor, NJ 08087-4232** |

| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | **Family Membership** | |
|---|---|---|---|
| | State the term remaining | | **Joey Fabian<br>9 Mimi Pl<br>Manahawkin, NJ 08050-5611** |

Debtor 1   **Sea Oaks Golf Club, LLC**                                                        Case number *(if known)*
　　　　　　First Name　　　　Middle Name　　　　　Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | 7524 |
|---|---|---|

| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | **Joh n Dusko** |
| | List the contract number of any government contract | 7704 | **235 Newport Way**<br>**Little Egg Harbor, NJ 08087-3655** |

| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **John Botteri** |
| | List the contract number of any government contract | 2017 | **43 Sycamore Dr**<br>**Little Egg Harbor, NJ 08087-3311** |

| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | **John G Shaw** |
| | List the contract number of any government contract | 7754 | **14 A Long Beach Blvd Long Bch**<br>**Beach Haven, NJ 08008** |

| 2.135. | State what the contract or lease is for and the nature of the debtor's interest | **Corporate Business Member** | |
|---|---|---|---|
| | State the term remaining | | **John Gluck** |
| | List the contract number of any government contract | 6051 | **401 Monmouth Ave**<br>**Pine Beach, NJ 08741-1607** |

| 2.136. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **John Halliwell** |
| | List the contract number of any government contract | 2132 | **888 Gerald Dr**<br>**Toms River, NJ 08753-2807** |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Debtor 1 | **Sea Oaks Golf Club, LLC** | | Case number *(if known)* |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.137. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | 2056 | **John J Sherman<br>26 Timber Ln<br>West Creek, NJ 08092-9677** |

| 2.138. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | 2139 | **John K Schilling<br>118 W Holly Ln<br>Tuckerton, NJ 08087-2038** |

| 2.139. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | 7702 | **John O'Reilly<br>65 Chatham Rd<br>Little Egg Harbor, NJ 08087-3661** |

| 2.140. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **John P Dugan<br>44 Watts Ave<br>Barnegat, NJ 08005-1330** |

| 2.141. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | 7713 | **john P Wheatley<br>316 Golf View Dr<br>Little Egg Harbor, NJ 08087-4230** |

| 2.142. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **John Stuebing<br>40 Stagecoach Ct<br>Little Egg Harbor, NJ 08087-9662** |

Debtor 1    **Sea Oaks Golf Club, LLC**
_____    Case number *(if known)* _____
First Name        Middle Name        Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract    **2162** | |

| 2.143. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** | |
|---|---|---|---|
| | State the term remaining | | **John Sullivan** |
| | List the contract number of any government contract | **3035** | **41 Masters Ct**<br>**Little Egg Harbor, NJ 08087-2904** |

| 2.144. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | **Joseph Barnet** |
| | List the contract number of any government contract | **7718** | **311 Golf View Dr**<br>**Little Egg Harbor, NJ 08087-4225** |

| 2.145. | State what the contract or lease is for and the nature of the debtor's interest | **Annual SIngle Member** | |
|---|---|---|---|
| | State the term remaining | | **Joseph Brancato** |
| | List the contract number of any government contract | **2019** | **272 Clipper Rd**<br>**Manahawkin, NJ 08050-1218** |

| 2.146. | State what the contract or lease is for and the nature of the debtor's interest | **Anuual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Joseph Hanney** |
| | List the contract number of any government contract | **2049** | **834 Old Farm Rd**<br>**Point Pleasant Beach, NJ 08742-4048** |

| 2.147. | State what the contract or lease is for and the nature of the debtor's interest | **Annuel Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Joseph LaManna** |
| | List the contract number of any government contract | **2163** | **1205 Niihau Dr**<br>**Forked River, NJ 08731-4702** |

| Debtor 1 | **Sea Oaks Golf Club, LLC** | | Case number *(if known)* |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.148. | State what the contract or lease is for and the nature of the debtor's interest | Annual Single Member | |
|---|---|---|---|
| | State the term remaining | | Joseph LaManna |
| | List the contract number of any government contract | 2163 | 1205 Niihau Dr Forked River, NJ 08731-4702 |

| 2.149. | State what the contract or lease is for and the nature of the debtor's interest | Annual Single Member | |
|---|---|---|---|
| | State the term remaining | | Joseph Schwartz |
| | List the contract number of any government contract | 2030 | 39 Bunker Dr Little Egg Harbor, NJ 08087-2940 |

| 2.150. | State what the contract or lease is for and the nature of the debtor's interest | Annual Single Member | |
|---|---|---|---|
| | State the term remaining | | Joseph Serico |
| | List the contract number of any government contract | 2535 | 160 Bayville Way Waretown, NJ 08758-2735 |

| 2.151. | State what the contract or lease is for and the nature of the debtor's interest | Annual Single Member | |
|---|---|---|---|
| | State the term remaining | | Joshua Roda |
| | List the contract number of any government contract | 2125 | 2401 Bay Vis Surf City, NJ 08008-5500 |

| 2.152. | State what the contract or lease is for and the nature of the debtor's interest | Annual Single Weekday Membership | |
|---|---|---|---|
| | State the term remaining | | Jospeh Tomasette |
| | List the contract number of any government contract | 3058 | 120 E 21st St Beach Haven, NJ 08008 |

| 2.153. | State what the contract or lease is for and the nature of the debtor's interest | Annual Single Member | |
|---|---|---|---|
| | State the term remaining | | Judith Ruffo 34 Grayhawk Ln Little Egg Harbor, NJ 08087-4240 |

Debtor 1    **Sea Oaks Golf Club, LLC**                                                    Case number *(if known)*
_____  _____  _____
First Name            Middle Name            Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| List the contract number of any government contract | **2015** |

| 2.154. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | **Karen Bandosz** |
| | List the contract number of any government contract | **7712** | **308 Golf View Dr** <br> **Little Egg Harbor, NJ 08087-4230** |

| 2.155. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** | |
|---|---|---|---|
| | State the term remaining | | **Karen O"Connell** |
| | List the contract number of any government contract | **3527** | **122 Lakeshore Dr** <br> **North Palm Beach, FL 33408-3605** |

| 2.156. | State what the contract or lease is for and the nature of the debtor's interest | **Family Membership** | |
|---|---|---|---|
| | State the term remaining | | **Keith Klements** |
| | List the contract number of any government contract | **7504** | **163 Giffordtown Ln** <br> **Little Egg Harbor, NJ 08087-9603** |

| 2.157. | State what the contract or lease is for and the nature of the debtor's interest | **Family Membership** | |
|---|---|---|---|
| | State the term remaining | | **Keith Marcoon** |
| | List the contract number of any government contract | **7528** | **10 Trent Ct** <br> **Manahawkin, NJ 08050-5617** |

| 2.158. | State what the contract or lease is for and the nature of the debtor's interest | **Family Membership** | |
|---|---|---|---|
| | State the term remaining | | **Keith Tyhanic** |
| | List the contract number of any government contract | **7509** | **16 Pembrook Ct** <br> **Little Egg Harbor, NJ 08087-3923** |

| Debtor 1 | **Sea Oaks Golf Club, LLC** | | Case number *(if known)* |
|---|---|---|---|
| | First Name | Middle Name | Last Name |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.159. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** | |
|---|---|---|---|
| | State the term remaining | | **Ken Schoene** |
| | List the contract number of any government contract | **3061** | **27 Masters Ct**<br>**Little Egg Harbor, NJ 08087-2904** |

| 2.160. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | **Ken Sullivan** |
| | List the contract number of any government contract | **7761** | **913 Walnut Rd**<br>**Manahawkin, NJ 08050** |

| 2.161. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Kenneth Schroen** |
| | List the contract number of any government contract | **2142** | **102 Joanna Dr**<br>**Toms River, NJ 08753-5214** |

| 2.162. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Kevin Askew** |
| | List the contract number of any government contract | **2143** | **39 Harbor Inn Rd**<br>**Bayville, NJ 08721-3559** |

| 2.163. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Kevin Bergin** |
| | List the contract number of any government contract | **2063** | **4 E Nebraska Ave**<br>**Long Beach Township, NJ 08008-3154** |

| 2.164. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Kevin Hartnett**<br>**42 Landing Dr**<br>**Dobbs Ferry, NY 10522-1182** |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor 1  **Sea Oaks Golf Club, LLC**                                          Case number *(if known)*
         First Name    Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract    **2007** | |

| 2.165. | State what the contract or lease is for and the nature of the debtor's interest | **Family Membership** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract    **7529** | **Kevin Laney**<br>**35 Sea Breeze Dr**<br>**Little Egg Harbor, NJ 08087-9765** |

| 2.166. | State what the contract or lease is for and the nature of the debtor's interest | **Family Membership** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract    **7510** | **Kevin Laney Sr**<br>**35 Sea Breeze Dr**<br>**Little Egg Harbor, NJ 08087-9765** |

| 2.167. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract    **7731** | **Kim Nutt**<br>**108 Dune Ln**<br>**Barnegat, NJ 08005-2903** |

| 2.168. | State what the contract or lease is for and the nature of the debtor's interest | **Family Membership** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract    **7531** | **Kimberly Laney**<br>**35 Sea Breeze Dr**<br>**Little Egg Harbor, NJ 08087-9765** |

| 2.169. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract    **2160** | **Larry Gelinas**<br>**116 Demmy Ave**<br>**Waretown, NJ 08758-2326** |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor 1    **Sea Oaks Golf Club, LLC**
　　　　First Name　　　　Middle Name　　　　Last Name
Case number *(if known)*



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.170. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
| | State the term remaining | | |
| | List the contract number of any government contract | 7758 | **Larry Gever**<br>**11 Starboard Ct**<br>**Little Egg Harbor, NJ 08087-3662** |

| 2.171. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
| | State the term remaining | | |
| | List the contract number of any government contract | 2150 | **Larry Leising**<br>**194 Ambermist Way**<br>**Forked River, NJ 08731-1086** |

| 2.172. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** | |
| | State the term remaining | | |
| | List the contract number of any government contract | 3033 | **Larry Tevnan**<br>**20 Masters Ct**<br>**Little Egg Harbor, NJ 08087-2943** |

| 2.173. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
| | State the term remaining | | |
| | List the contract number of any government contract | 7749 | **Laura J. Colla**<br>**35 Butler Dr**<br>**Barnegat, NJ 08005-2251** |

| 2.174. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** | |
| | State the term remaining | | |
| | List the contract number of any government contract | 3511 | **Lawrence H. Hofer**<br>**7 Masters Ct**<br>**Little Egg Harbor, NJ 08087-2904** |

| 2.175. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
| | State the term remaining | 7717 | **Lawrence Rubin**<br>**6 Chatham Rd**<br>**Little Egg Harbor, NJ 08087-3658** |

Debtor 1  **Sea Oaks Golf Club, LLC**
    First Name       Middle Name       Last Name                 Case number *(if known)*

  **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| List the contract number of any government contract | |

---

| 2.176. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | **Lewis Furman** |
| | List the contract number of any government contract | **7711** | **25 Chatham Rd**<br>**Little Egg Harbor, NJ 08087-3661** |

---

| 2.177. | State what the contract or lease is for and the nature of the debtor's interest | **Corporate Business Member** | |
|---|---|---|---|
| | State the term remaining | | **Lewis Sofield** |
| | List the contract number of any government contract | **6040** | **106 1st Ave**<br>**Tuckerton, NJ 08087-2704** |

---

| 2.178. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Linda Longstreet** |
| | List the contract number of any government contract | **2157** | **6946 SE Harbor Cir**<br>**Stuart, FL 34996-1915** |

---

| 2.179. | State what the contract or lease is for and the nature of the debtor's interest | **Family Membership** | |
|---|---|---|---|
| | State the term remaining | **7517** | **Lisa Fabian** |
| | List the contract number of any government contract | | **9 Mimi Pl**<br>**Manahawkin, NJ 08050-5611** |

---

| 2.180. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | **Lynie Barry** |
| | List the contract number of any government contract | **7705** | **54 Golf View Dr**<br>**Little Egg Harbor, NJ 08087-4222** |

---

Debtor 1   **Sea Oaks Golf Club, LLC**

First Name          Middle Name          Last Name

Case number (*if known*)

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.181. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | **Maggie Lessard** |
| | List the contract number of any government contract | **7905** | **9600 Beach Ave** <br> **Beach Haven, NJ 08008-3219** |

| 2.182. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Mario J Abati** |
| | List the contract number of any government contract | **2010** | **37 Masters Ct** <br> **Little Egg Harbor, NJ 08087-2904** |

| 2.183. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | **Marke Heslin** |
| | List the contract number of any government contract | **7742** | **330 Privateer Rd** <br> **Manahawkin, NJ 08050-1702** |

| 2.184. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Martin Cutter** |
| | List the contract number of any government contract | **2120** | **1600 Strem Pkwy** <br> **Point Pleasant, NJ 08742** |

| 2.185. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | **Martin Reiss** |
| | List the contract number of any government contract | **7903** | **54 Butler Dr** <br> **Barnegat, NJ 08005-2252** |

| 2.186. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** | |
|---|---|---|---|
| | State the term remaining | | **Mary Gifford** <br> **67 Pine Oak Blvd** <br> **Barnegat, NJ 08005-3111** |

Debtor 1   **Sea Oaks Golf Club, LLC**
      First Name       Middle Name       Last Name           Case number *(if known)*

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract    2106 | |

| 2.187. | State what the contract or lease is for and the nature of the debtor's interest | **Family Membership** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract    7535 | **Mary Kate Reilly**<br>**328 Bayberry Ct**<br>**West Creek, NJ 08092-2834** |

| 2.188. | State what the contract or lease is for and the nature of the debtor's interest | **Family Membership** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract    7525 | **Maureen Tyhanic**<br>**16 Pembrook Ct**<br>**Little Egg Harbor, NJ 08087-3923** |

| 2.189. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract    7740 | **Michael A. Mazur**<br>**359 W 12th St**<br>**Ship Bottom, NJ 08008-4525** |

| 2.190. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract    2089 | **Michael C Coogan**<br>**354 Golf View Dr**<br>**Little Egg Harbor, NJ 08087-4230** |

| 2.191. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract    2002 | **Michael Eiche**<br>**4 Corkery Ln**<br>**Medford, NJ 08055-2369** |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor 1    **Sea Oaks Golf Club, LLC**                                              Case number *(if known)*
　　　　　First Name　　　Middle Name　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.192. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | 2072 | **Michael Knapp**<br>**14 Hemlock Ln**<br>**Bayville, NJ 08721-2406** |

| 2.193. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | 2149 | **Michael Kurdes**<br>**50 Valentine St**<br>**Monmouth Beach, NJ 07750-1466** |

| 2.194. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | 2155 | **Michael Lutz**<br>**5 Hearthwood Ct**<br>**Manahawkin, NJ 08050-7807** |

| 2.195. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | 7720 | **Michelle McMenamin**<br>**411 N 3rd St**<br>**Surf City, NJ 08008-4928** |

| 2.196. | State what the contract or lease is for and the nature of the debtor's interest | **Corporate Business Member** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | 6008 | **Mickey Minitti**<br>**509 Northern Blvd**<br>**Bayville, NJ 08721-2742** |

| 2.197. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | **Mike Cuoco**<br>**109 W Osborn Ave**<br>**Beach Haven, NJ 08008-1226** |

Debtor 1  **Sea Oaks Golf Club, LLC**                                              Case number *(if known)*
_____
First Name        Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| List the contract number of any government contract | **7740** |

| 2.198. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** |  |
|---|---|---|---|
|  | State the term remaining |  | **Mike Remus** |
|  | List the contract number of any government contract | **2018** | **365 S 3rd St**<br>**Surf City, NJ 08008-4738** |

| 2.199. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** |  |
|---|---|---|---|
|  | State the term remaining |  | **Mitchell Perkins** |
|  | List the contract number of any government contract | **2045** | **14 Oak Tree Ln**<br>**Manahawkin, NJ 08050-3075** |

| 2.200. | State what the contract or lease is for and the nature of the debtor's interest | **Family Membership** |  |
|---|---|---|---|
|  | State the term remaining |  | **Morgan Tyhanic** |
|  | List the contract number of any government contract | **7527** | **16 Pembrook Ct**<br>**Little Egg Harbor, NJ 08087-3923** |

| 2.201. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** |  |
|---|---|---|---|
|  | State the term remaining |  | **Nick Amabile** |
|  | List the contract number of any government contract | **2085** | **559 Bethany Ln**<br>**Brick, NJ 08723-5064** |

| 2.202. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** |  |
|---|---|---|---|
|  | State the term remaining |  | **Nick Manoy** |
|  | List the contract number of any government contract | **2119** | **7 Swan Hollow Ct**<br>**Ramsey, NJ 07446-1298** |

| Debtor 1 | **Sea Oaks Golf Club, LLC** | | Case number *(if known)* |
|---|---|---|---|
| | First Name   Middle Name | Last Name | |

  **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.203. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | **Nicole Astegher** |
| | List the contract number of any government contract | 7750 | **315 Lighthouse Dr** **Manahawkin, NJ 08050-2324** |

| 2.204. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Ozzie Dupuis** |
| | List the contract number of any government contract | 2066 | **73 John Dr** **Kirkwood, PA 17536-9522** |

| 2.205. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | **Pat Fredella** |
| | List the contract number of any government contract | 7752 | **7 Chatham Rd** **Little Egg Harbor, NJ 08087-3661** |

| 2.206. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | **Patrick Bergamo** |
| | List the contract number of any government contract | 7753 | **39 Lakeland Dr** **Barnegat, NJ 08005-5546** |

| 2.207. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Patrick Lynch** |
| | List the contract number of any government contract | 2071 | **222 Newport Way** **Little Egg Harbor, NJ 08087-3650** |

| 2.208. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Patrick Mazzaro** **240 Timberlake Dr** **Manahawkin, NJ 08050-4605** |

Debtor 1   **Sea Oaks Golf Club, LLC**
          First Name        Middle Name        Last Name                    Case number (*if known*)

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | List the contract number of any government contract | 2121 |
|---|---|---|

| 2.209. | State what the contract or lease is for and the nature of the debtor's interest | **Corporate Business Member** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | 6050 |

**Paul Gluck**
**621 Huntington Ave**
**Pine Beach, NJ 08741-1239**

| 2.210. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | 2118 |

**Paul Mikitik**
**147 Newport Way**
**Little Egg Harbor, NJ 08087-3644**

| 2.211. | State what the contract or lease is for and the nature of the debtor's interest | **Family Membership** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | 7534 |

**Paul Reilly**
**328 Bayberry Ct**
**West Creek, NJ 08092-2834**

| 2.212. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | 7734 |

**Paul Sharkey**
**57 Lafayette Dr**
**Manahawkin, NJ 08050-2908**

| 2.213. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | 2138 |

**Paul W Davis**
**39 Ashwood Dr**
**Brick, NJ 08723-3401**

Debtor 1  **Sea Oaks Golf Club, LLC**                                            Case number *(if known)*
          First Name       Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.214. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Peg Danley** |
| | List the contract number of any government contract | 2146 | **517 Shore Ave** **Ship Bottom, NJ 08008-4733** |

| 2.215. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | **Perry Michael Baue** |
| | List the contract number of any government contract | 7725 | **6 The Arbors** **New Providence, NJ 07974-1994** |

| 2.216. | State what the contract or lease is for and the nature of the debtor's interest | **Family Membership** | |
|---|---|---|---|
| | State the term remaining | 7523 | **Pete Fabin, Jr** |
| | List the contract number of any government contract | | **9 Mimi Pl** **Manahawkin, NJ 08050-5611** |

| 2.217. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** | |
|---|---|---|---|
| | State the term remaining | | **Pete Panietti** |
| | List the contract number of any government contract | 2117 | **242 W 9th St** **Ship Bottom, NJ 08008-4613** |

| 2.218. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Peter F Parrinell** |
| | List the contract number of any government contract | 2100 | **25 Masters Ct** **Little Egg Harbor, NJ 08087-2904** |

| 2.219. | State what the contract or lease is for and the nature of the debtor's interest | **Family Membership** | |
|---|---|---|---|
| | State the term remaining | | **Peter Fabian  Sr** **9 Mimi Pl** **Manahawkin, NJ 08050-5611** |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor 1   **Sea Oaks Golf Club, LLC**                                              Case number *(if known)*
           First Name        Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | List the contract number of any government contract | **7507** |
|---|---|---|

| 2.220. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** | |
|---|---|---|---|
|  | State the term remaining |  | **Peter Hellawell** |
|  | List the contract number of any government contract | **3003** | **42 Golf View Dr** **Little Egg Harbor, NJ 08087-4222** |

| 2.221. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
|  | State the term remaining |  | **Peter L Merkel** |
|  | List the contract number of any government contract | **7708** | **56 Golf View Dr** **Little Egg Harbor, NJ 08087-4222** |

| 2.222. | State what the contract or lease is for and the nature of the debtor's interest | **Corporate Business Member** | |
|---|---|---|---|
|  | State the term remaining |  | **Peter Papa** |
|  | List the contract number of any government contract | **6038** | **431 Golf View Dr** **Little Egg Harbor, NJ 08087-4229** |

| 2.223. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
|  | State the term remaining |  | **Peter Vandenberg** |
|  | List the contract number of any government contract | **2130** | **382 Cokes Dr** **Toms River, NJ 08753-4258** |

| 2.224. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
|  | State the term remaining |  | **Philip Ferinde** |
|  | List the contract number of any government contract | **2168** | **32 Mulberry Dr** **Manahawkin, NJ 08050-5439** |

Debtor 1    **Sea Oaks Golf Club, LLC**                                   Case number (*if known*)
    First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.225. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Phillip Fegarsky** |
| | List the contract number of any government contract | 7722 | **31 Hamble Rd** <br> **Little Egg Harbor, NJ 08087-3667** |

| 2.226. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Pierce Herbst** |
| | List the contract number of any government contract | 2005 | **99 Lakeview Dr E** <br> **Egg Harbor Township, NJ 08234-7818** |

| 2.227. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Ralph Bonadies** |
| | List the contract number of any government contract | 2034 | **63 Hidden Lake Cir** <br> **Barnegat, NJ 08005-5593** |

| 2.228. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Ray Milavsky** |
| | List the contract number of any government contract | 2076 | **4 Labaia Ln** <br> **Beach Haven, NJ 08008-6120** |

| 2.229. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Raymond Moehring** |
| | List the contract number of any government contract | 2088 | **333 Bay Ave** <br> **Tuckerton, NJ 08087-2505** |

| 2.230. | State what the contract or lease is for and the nature of the debtor's interest | **Family Membership** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Rebecca Boncheck** <br> **423 Middle Branch Dr** <br> **Forked River, NJ 08731-4941** |

Debtor 1   **Sea Oaks Golf Club, LLC**
    First Name       Middle Name       Last Name       Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract    **7538** | |

| 2.231. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract    **2110** | **Reid Carnes**<br>**427 Oak Ave**<br>**West Creek, NJ 08092-2814** |

| 2.232. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract    **7714** | **Rich  Nisula**<br>**220 Newport Way**<br>**Little Egg Harbor, NJ 08087-3650** |

| 2.233. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract    **2167** | **Rich McDowell**<br>**316 N 6th St**<br>**Surf City, NJ 08008-5262** |

| 2.234. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract    **2148** | **Richard Corsetto**<br>**6 Manchester Ct**<br>**Wayne, NJ 07470-3304** |

| 2.235. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract    **2051** | **Richard Longsh**<br>**58 Chatham Rd**<br>**Little Egg Harbor, NJ 08087-3660** |

Debtor 1   **Sea Oaks Golf Club, LLC**
_____   _____   _____         Case number *(if known)* _____
First Name          Middle Name          Last Name

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.236. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Richard Mandel** |
| | List the contract number of any government contract | **2147** | **2604 Lynbrooke Dr** **Yardley, PA 19067-7274** |

| 2.237. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** | |
|---|---|---|---|
| | State the term remaining | | **Richard O'Connell** |
| | List the contract number of any government contract | **3526** | **122 Lakeshore Drive** **North Palm Beach FL** |

| 2.238. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** | |
|---|---|---|---|
| | State the term remaining | | **Richard Tretsky** |
| | List the contract number of any government contract | **3510** | **15 Clear Lake Rd** **Whiting, NJ 08759-2970** |

| 2.239. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Rick Sinopoli Sr** |
| | List the contract number of any government contract | **2064** | **20 Links Ln** **Little Egg Harbor, NJ 08087-4250** |

| 2.240. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Rick Videyko** |
| | List the contract number of any government contract | **2135** | **20 Greenside Dr** **Little Egg Harbor, NJ 08087-2096** |

| 2.241. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | **Robert Aftanis** **110 Berkeley Ave** **Beach Haven, NJ 08008-1615** |

Debtor 1  **Sea Oaks Golf Club, LLC**
_____     Case number (*if known*) _____
First Name       Middle Name         Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract   **7728** | |

| 2.242. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** | |
|---|---|---|---|
| | State the term remaining | | **Robert B. Doll** |
| | List the contract number of any government contract | **3008** | **11700 Beach Avenue Long Bch Beach Haven, NJ 08008** |

| 2.243. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Robert Danley** |
| | List the contract number of any government contract | **2145** | **517 Shore Ave Ship Bottom, NJ 08008-4733** |

| 2.244. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | **Robert Lyons** |
| | List the contract number of any government contract | **7759** | **315 Lighthouse Dr Manahawkin, NJ 08050-2324** |

| 2.245. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** | |
|---|---|---|---|
| | State the term remaining | | **Robert Shillito** |
| | List the contract number of any government contract | **3027** | **22 Grayhawk Ln Little Egg Harbor, NJ 08087-4240** |

| 2.246. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | **Robert Tobias** |
| | List the contract number of any government contract | **7737** | **104 E Mac Evoy Ln Long Beach, NJ 08008-2921** |

Debtor 1    **Sea Oaks Golf Club, LLC** _____    Case number *(if known)* _____
First Name    Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.247. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Robert W Tredinni** |
| | List the contract number of any government contract | **2114** | **432 Golf View Dr**<br>**Little Egg Harbor, NJ 08087-4232** |

| 2.248. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | **Ron Colla** |
| | List the contract number of any government contract | **7750** | **35 Butler Dr**<br>**Barnegat, NJ 08005-2251** |

| 2.249. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** | |
|---|---|---|---|
| | State the term remaining | | **Ronald Fuller** |
| | List the contract number of any government contract | **3004** | **86 Golf View Dr**<br>**Little Egg Harbor, NJ 08087-4222** |

| 2.250. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Ronald Renaud** |
| | List the contract number of any government contract | **2011** | **387 Lighthouse Dr**<br>**Manahawkin, NJ 08050-2324** |

| 2.251. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Rudy Palombi** |
| | List the contract number of any government contract | **2108** | **1699 Meetinghouse Ln**<br>**Yardley, PA 19067-2600** |

| 2.252. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** | |
|---|---|---|---|
| | State the term remaining | | **Salvatore Messina**<br>**233 Montant Dr**<br>**Palm Beach Gardens, FL 33410-1614** |

Debtor 1   **Sea Oaks Golf Club, LLC**                                                    Case number *(if known)*
_____
First Name       Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | List the contract number of any government contract | **3509** |  |
|---|---|---|---|

| 2.253. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** |  |
|---|---|---|---|
|  | State the term remaining |  | **Sam Judy Cromwell** |
|  | List the contract number of any government contract | **2024** | **112 Lake Winnepesaukee Dr** **Little Egg Harbor, NJ 08087-1237** |

| 2.254. | State what the contract or lease is for and the nature of the debtor's interest | **Family Membership** |  |
|---|---|---|---|
|  | State the term remaining |  | **Sami Reilly** |
|  | List the contract number of any government contract | **7526** | **328 Bayberry Ct** **West Creek, NJ 08092-2834** |

| 2.255. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** |  |
|---|---|---|---|
|  | State the term remaining |  | **Sean McGilloway** |
|  | List the contract number of any government contract | **2141** | **891 Derry Dr** **Toms River, NJ 08753-3550** |

| 2.256. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** |  |
|---|---|---|---|
|  | State the term remaining |  | **Sean Osborne-Lomas** |
|  | List the contract number of any government contract | **7764** | **1183 Canal Ave** **Manahawkin, NJ 08050-2209** |

| 2.257. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** |  |
|---|---|---|---|
|  | State the term remaining |  | **Seth D Friedland** |
|  | List the contract number of any government contract | **2074** | **62 William St Fl 3** **New York, NY 10005-1546** |

Debtor 1    **Sea Oaks Golf Club, LLC**                                          Case number *(if known)*
    First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.258. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Shawn Weeks Jr** |
| | List the contract number of any government contract | **2127** | **8 York Dr** **Helmetta, NJ 08828-1161** |

| 2.259. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Stacy Cramer Jr** |
| | List the contract number of any government contract | **2093** | **357 Mermaid Dr** **Manahawkin, NJ 08050-1231** |

| 2.260. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Stephen Mariconda** |
| | List the contract number of any government contract | **2080** | **1217 Taurus Ct** **Forked River, NJ 08731-5325** |

| 2.261. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Stephen Mottola** |
| | List the contract number of any government contract | **2033** | **26 Reed Rd** **Hillsborough, NJ 08844-4551** |

| 2.262. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** | |
|---|---|---|---|
| | State the term remaining | | **Steve Bishop** |
| | List the contract number of any government contract | **3029** | **35 Jib Ct** **Bayville, NJ 08721-1550** |

| 2.263. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** | |
|---|---|---|---|
| | State the term remaining | | **Steve Cohen** **51 Edward Ct** **Basking Ridge, NJ 07920-1966** |

Debtor 1   **Sea Oaks Golf Club, LLC**
　　　　　First Name　　　　Middle Name　　　　　Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | 2109 | |
|---|---|---|---|

| 2.264. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** | |
|---|---|---|---|
| | State the term remaining | | **Steve Kennedy** **68 Perrin Ave** **Pompton Lakes, NJ 07442-1124** |
| | List the contract number of any government contract | 2023 | |

| 2.265. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** | |
|---|---|---|---|
| | State the term remaining | | **Steven Bender** **300 Prospect Ave Apt 18A** **Hackensack, NJ 07601-7706** |
| | List the contract number of any government contract | 2040 | |

| 2.266. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** | |
|---|---|---|---|
| | State the term remaining | | **Steven Hirschfeld** **3200 S Ocean Blvd Unit 403** **Highland Beach, FL 33487-2606** |
| | List the contract number of any government contract | 3012 | |

| 2.267. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** | |
|---|---|---|---|
| | State the term remaining | | **Stuart Ferguson** **2 Richmond Ct** **Tinton Falls, NJ 07712-7731** |
| | List the contract number of any government contract | 2144 | |

| 2.268. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | **Susan Gelinas** **116 Demmy Ave** **Waretown, NJ 08758-2326** |
| | List the contract number of any government contract | 7901 | |

| Debtor 1 | **Sea Oaks Golf Club, LLC** | | Case number *(if known)* |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.269. | State what the contract or lease is for and the nature of the debtor's interest | **Corporate Business Member** | |
|---|---|---|---|
| | State the term remaining | | **Synatech** |
| | List the contract number of any government contract | 6066 | **829 Radio Rd**<br>**Little Egg Harbor, NJ 08087-1705** |

| 2.270. | State what the contract or lease is for and the nature of the debtor's interest | **Corporate Business Member** | |
|---|---|---|---|
| | State the term remaining | | **Synatech - Larry P** |
| | List the contract number of any government contract | 6067 | **829 Radio Rd**<br>**Little Egg Harbor, NJ 08087-1705** |

| 2.271. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Tamra Neer** |
| | List the contract number of any government contract | 2105 | **821 Beach Haven West Blvd**<br>**Manahawkin, NJ 08050-3811** |

| 2.272. | State what the contract or lease is for and the nature of the debtor's interest | **Family Membership** | |
|---|---|---|---|
| | State the term remaining | | **Tara Klements** |
| | List the contract number of any government contract | 7525 | **163 Giffordtown Ln**<br>**Little Egg Harbor, NJ 08087-9603** |

| 2.273. | State what the contract or lease is for and the nature of the debtor's interest | **Family Membership** | |
|---|---|---|---|
| | State the term remaining | | **Tara Reily** |
| | List the contract number of any government contract | 7532 | **328 Bayberry Ct**<br>**West Creek, NJ 08092-2834** |

| 2.274. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** | |
|---|---|---|---|
| | State the term remaining | | **Thomas Barton** |
| | | | **18 Masters Ct**<br>**Little Egg Harbor, NJ 08087-2943** |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor 1  **Sea Oaks Golf Club, LLC**
　　　　　First Name　　　　Middle Name　　　　Last Name　　　　　　　Case number *(if known)*

  **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

List the contract number of any government contract **3060**

| | | |
|---|---|---|
| 2.275. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** |
| | State the term remaining | |
| | List the contract number of any government contract **2020** | **Thomas Gallagher**<br>**25 Osprey Ln**<br>**Bayville, NJ 08721-2062** |
| 2.276. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** |
| | State the term remaining | |
| | List the contract number of any government contract **2111** | **Thomas Gutwein**<br>**191 Arborridge Dr**<br>**Forked River, NJ 08731-1068** |
| 2.277. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single**<br>**Weekday Membership** |
| | State the term remaining | |
| | List the contract number of any government contract **3513** | **Thomas J. Cullen**<br>**462 Golf View Dr**<br>**Little Egg Harbor, NJ 08087-4234** |
| 2.278. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single**<br>**Membership Twilight** |
| | State the term remaining | |
| | List the contract number of any government contract **7707** | **Thomas Sirico**<br>**49 Chatham Rd**<br>**Little Egg Harbor, NJ 08087-3661** |
| 2.279. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** |
| | State the term remaining | |
| | List the contract number of any government contract **2009** | **Tim Rogers**<br>**17 Stuyvesant Oval Apt 1E**<br>**New York, NY 10009-1935** |

| Debtor 1 | **Sea Oaks Golf Club, LLC** | | Case number *(if known)* |
|---|---|---|---|
| | First Name    Middle Name | Last Name | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.280. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** | |
|---|---|---|---|
| | State the term remaining | | **Timothy McWilliams 70 Bayview Dr Beach Haven, NJ 08008-6108** |
| | List the contract number of any government contract | 2044 | |

| 2.281. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Weekday Membership** | |
|---|---|---|---|
| | State the term remaining | | **Todd Muhammad 97 Barnegat Blvd S Barnegat, NJ 08005-1407** |
| | List the contract number of any government contract | 2008 | |

| 2.282. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Tom Hughes 7 Courtyard Ln Brielle, NJ 08730-1463** |
| | List the contract number of any government contract | 2067 | |

| 2.283. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | **Tom Wallden 1806 Baltimore Ave Lavallette, NJ 08735-2501** |
| | List the contract number of any government contract | 7902 | |

| 2.284. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Tony DiLorenzo 1112 Chatsworth Dr Colleyville, TX 76034** |
| | List the contract number of any government contract | 2046 | |

| 2.285. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **Trish Gutwein 191 Arborridge Dr Forked River, NJ 08731-1068** |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor 1    **Sea Oaks Golf Club, LLC**
_____     Case number *(if known)* _____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| List the contract number of any government contract **2112** | |

| | | |
|---|---|---|
| 2.286. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** |
| | State the term remaining | |
| | List the contract number of any government contract **2042** | **Vincent A Lucrezi**<br>**464 Golf View Dr**<br>**Little Egg Harbor, NJ 08087-4234** |
| 2.287. | State what the contract or lease is for and the nature of the debtor's interest | **Corporate Business Member** |
| | State the term remaining | |
| | List the contract number of any government contract **6009** | **Wayne Coyte**<br>**502 Nautilus Blvd**<br>**Forked River, NJ 08731-1915** |
| 2.288. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** |
| | State the term remaining | |
| | List the contract number of any government contract **2006** | **William Burke**<br>**26 Westchester Dr**<br>**Little Egg Harbor, NJ 08087-3009** |
| 2.289. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** |
| | State the term remaining | |
| | List the contract number of any government contract **2169** | **William Fagan**<br>**167 Mizzen Ave**<br>**Manahawkin, NJ 08050-1920** |
| 2.290. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** |
| | State the term remaining | |
| | List the contract number of any government contract **7773** | **William Gleason**<br>**7 Golf View Dr**<br>**Little Egg Harbor, NJ 08087-4219** |

Debtor 1    **Sea Oaks Golf Club, LLC**

First Name          Middle Name          Last Name                    Case number (*if known*)

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.291. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **William J McDonal** |
| | List the contract number of any government contract | **2166** | **31 Masters Ct**<br>**Little Egg Harbor, NJ 08087-2904** |

| 2.292. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Member** | |
|---|---|---|---|
| | State the term remaining | | **William Jones** |
| | List the contract number of any government contract | **2133** | **9 Parkers Point Blvd**<br>**Forked River, NJ 08731-4808** |

| 2.293. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | **William Prata** |
| | List the contract number of any government contract | **7900** | **130 W Holly Ln**<br>**Little Egg Harbor, NJ 08087-2038** |

| 2.294. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Single Membership Twilight** | |
|---|---|---|---|
| | State the term remaining | | **Zvi (Steve) Weinba** |
| | List the contract number of any government contract | **7744** | **11 Swan Lake Ct**<br>**Barnegat, NJ 08005-5519** |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name **Sea Oaks Lifetime Members**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY, TRENTON DIVISION

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases            12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** |
| State the term remaining | |
| List the contract number of any government contract   **1016** | **Adrian Dieckman**<br>**491 A Rte # 9P**<br>**West Creek, NJ 08092** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** |
| State the term remaining | |
| List the contract number of any government contract   **1064** | **Alan Kirkpatrick**<br>**PO Box 545**<br>**Barnegat Light, NJ 08006-0545** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** |
| State the term remaining | |
| List the contract number of any government contract   **1061** | **Arthur Schwarz**<br>**111 E North Carolina Ave**<br>**Beach Haven, NJ 08008-3046** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** |
| State the term remaining | |
| List the contract number of any government contract   **1039** | **Brian Boucher**<br>**6 Coblestoe Ct**<br>**Mills, PA 16937** |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor 1   **Sea Oaks Lifetime Members**                                    Case number (if known)
     First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Lifetime member | |
| | State the term remaining | | Brian Lynch |
| | List the contract number of any government contract | 1047 | 210 N 11th St<br>Surf City, NJ 08008-5310 |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Secondary Member | |
| | State the term remaining | | Butch Dieckman |
| | List the contract number of any government contract | 1916 | 491 A Rte # 9P<br>West Creek, NJ 08092 |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Secondary Member | |
| | State the term remaining | | Butch Palaza |
| | List the contract number of any government contract | 1936 | 161 Shannon Ct<br>Winchester, VA 22602-2372 |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Secondary Member | |
| | State the term remaining | | Carin Kirkpatrick |
| | List the contract number of any government contract | 1964 | PO Box 545<br>Barnegat Light, NJ 08006-0545 |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Lifetime Member | |
| | State the term remaining | | Carl Sanderson |
| | List the contract number of any government contract | 1099 | 22 Grayhawk Ln<br>Little Egg Harbor, NJ 08087-4240 |
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Secondary Member | |
| | State the term remaining | | Carol Dickson<br>41 Golf View Dr<br>Tuckerton, NJ 08087-4219 |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor 1    **Sea Oaks Lifetime Members**                                    Case number *(if known)* _____
            First Name        Middle Name        Last Name

 █  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract  **1996** | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Secondary Member** | |
|---|---|---|---|
| | State the term remaining | | **Carol Stohrer** |
| | List the contract number of any government contract | **1902** | **115 N Ohio Ave** <br> **Beach Haven, NJ 08008-2858** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Secondary Member** | |
|---|---|---|---|
| | State the term remaining | | **Chris Wynkoop** |
| | List the contract number of any government contract | **1970** | **1206 S Bay Ave** <br> **Beach Haven, NJ 08008-1516** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Secondary Member** | |
|---|---|---|---|
| | State the term remaining | | **Dane Nugent** |
| | List the contract number of any government contract | **1954** | **5000 Long Beach Blvd** <br> **Beach Haven, NJ 08008-3932** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | **Daniel Rauh** |
| | List the contract number of any government contract | **1071** | **2 Alpine Dr** <br> **North Haledon, NJ 07508-3116** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Secondard Member** | |
|---|---|---|---|
| | State the term remaining | | **David Brothers** |
| | List the contract number of any government contract | **1950** | **6 Childsworth Ave** <br> **Bernardsville, NJ 07924-2304** |

Debtor 1    **Sea Oaks Lifetime Members**                                      Case number *(if known)*
          First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.16.  State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** |
|           State the term remaining | **David V. Johnson** |
|           List the contract number of any government contract    **1069** | **35 Golf View Dr**<br>**Little Egg Harbor, NJ 08087-4219** |
| 2.17.  State what the contract or lease is for and the nature of the debtor's interest | **Secondary Member** |
|           State the term remaining | **Debbie Esposito** |
|           List the contract number of any government contract    **1904** | **2405 Cadwallader Sonk Rd**<br>**Cortland, OH 44410-9425** |
| 2.18.  State what the contract or lease is for and the nature of the debtor's interest | **Secondary Member** |
|           State the term remaining | **Diane Cocozza** |
|           List the contract number of any government contract    **1993** | **38 Bunker Dr**<br>**Little Egg Harbor, NJ 08087-2942** |
| 2.19.  State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** |
|           State the term remaining | **Dolores c. Diaz** |
|           List the contract number of any government contract    **1040** | **90 E Milan Blvd**<br>**Farmingdale, NJ 07727-4316** |
| 2.20.  State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** |
|           State the term remaining | **Donald R. Burnaford** |
|           List the contract number of any government contract    **1088** | **6405 A Long Beach Blvd**<br>**Harvey Cedars, NJ 08008** |
| 2.21.  State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** |
|           State the term remaining | **Donald R. Wynkoop**<br>**1206 S Bay Ave**<br>**Beach Haven, NJ 08008-1516** |

Debtor 1  **Sea Oaks Lifetime Members**                                                    Case number *(if known)* _____
          First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract    **1070** | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | **Donna Toledo** |
| | List the contract number of any government contract | **1927** | **42 Bunker Dr**<br>**Little Egg Harbor, NJ 08087-2942** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Secondard Member** | |
|---|---|---|---|
| | State the term remaining | | **Dorasani Reddy** |
| | List the contract number of any government contract | **1907** | **149 Kristine Ave**<br>**Manahawkin, NJ 08050-7811** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | **Ed Balzarotti** |
| | List the contract number of any government contract | **1025** | **32 Murphy Cir**<br>**Florham Park, NJ 07932-2012** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | **Edward Naugton** |
| | List the contract number of any government contract | **1020** | **52 Lafayette Dr**<br>**Manahawkin, NJ 08050-2907** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | **Edward Zebrowski** |
| | List the contract number of any government contract | **1006** | **358 W 10th St**<br>**Ship Bottom, NJ 08008-6308** |

Debtor 1  **Sea Oaks Lifetime Members**                                   Case number *(if known)*
          First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | **Edward Zolcinzki** |
| | List the contract number of any government contract | 1081 | **42 Schindler Ct** **Upper Saddle River, NJ 07458-2362** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | **Eileen Dolan** |
| | List the contract number of any government contract | 1023 | **373 Golf View Dr** **Little Egg Harbor, NJ 08087-4227** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Secondary Member** | |
|---|---|---|---|
| | State the term remaining | | **Elaine Turken** |
| | List the contract number of any government contract | 1951 | **161 Flamingo Rd** **Tuckerton, NJ 08087-2408** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Secondard Member** | |
|---|---|---|---|
| | State the term remaining | | **Ellen Connors** |
| | List the contract number of any government contract | 1978 | **13 Links Ln** **Little Egg Harbor, NJ 08087-4249** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | **Frederick Collins** |
| | List the contract number of any government contract | 1066 | **273 Grove St** **Woodbridge, NJ 07095-1627** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | **George Ruotolo** **2409 Central Ave** **Ship Bottom, NJ 08008-4234** |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor 1   **Sea Oaks Lifetime Members**                                    Case number *(if known)* _____

     First Name            Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract **1087** | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **1085** | **Gregg Carlovich**<br>**15 Central Park W Apt 6P**<br>**New York, NY 10023-7711** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime member** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **1044** | **James M. Cadmus**<br>**13 Kings Cir**<br>**Malvern, PA 19355-2001** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **1035** | **James R. Fischer**<br>**10 Pheasant Run**<br>**Clarksburg, NJ 08510-1709** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Secondard Member** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **1935** | **James R. Fischer, Jr**<br>**10 Pheasant Run**<br>**Clarksburg, NJ 08510-1709** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Secondary Member** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **1941** | **Janet Wolf**<br>**464 Golf View Dr**<br>**Little Egg Harbor, NJ 08087-4234** |

| Debtor 1 | **Sea Oaks Lifetime Members** | | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | **Jason Monteleone** |
| | List the contract number of any government contract | **1060** | **512 Ridgefield Rd**<br>**Wilton, CT 06897-1926** |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | **Jean Lusardo** |
| | List the contract number of any government contract | **1922** | **207 Jeremy Ln**<br>**Manahawkin, NJ 08050-3634** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Secondary Member** | |
|---|---|---|---|
| | State the term remaining | | **Jim Thoma** |
| | List the contract number of any government contract | **1933** | **717 Philadelphia Blvd**<br>**Sea Girt, NJ 08750-2514** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Secondary Member** | |
|---|---|---|---|
| | State the term remaining | | **Joanne Prosky** |
| | List the contract number of any government contract | **1993** | **13 Golf View Dr**<br>**Little Egg Harbor, NJ 08087-4219** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | **John A. Adamiak** |
| | List the contract number of any government contract | **1068** | **1068 H Long Beach Blvd**<br>**Beach Haven, NJ 08008** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | **John Arizzi**<br>**22 Bunker Dr**<br>**Little Egg Harbor, NJ 08087-2942** |

Debtor 1  **Sea Oaks Lifetime Members**                                   Case number *(if known)* _____
          First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | List the contract number of any government contract | **1097** |  |
|---|---|---|---|

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** |  |
|  | State the term remaining |  |  |
|  | List the contract number of any government contract | **1086** | **John Buerkle**<br>**352 Golf View Dr**<br>**Little Egg Harbor, NJ 08087-4230** |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Secondary Lifetime Member** |  |
|  | State the term remaining |  |  |
|  | List the contract number of any government contract | **1985** | **John Carlovich**<br>**15 Central Park W Apt 6P**<br>**New York, NY 10023-7711** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** |  |
|  | State the term remaining |  |  |
|  | List the contract number of any government contract | **1982** | **John Harden**<br>**29 Woodlane Rd**<br>**Lawrenceville, NJ 08648-1055** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Secondary Member** |  |
|  | State the term remaining |  |  |
|  | List the contract number of any government contract | **1982** | **John Harden, Jr**<br>**319 Monroe St Apt 1**<br>**Hoboken, NJ 07030-7665** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** |  |
|  | State the term remaining |  |  |
|  | List the contract number of any government contract | **1034** | **John M. Conahan**<br>**15820 Savona Way**<br>**Naples, FL 34110-2700** |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Debtor 1 | **Sea Oaks Lifetime Members** | | Case number *(if known)* |
|---|---|---|---|
| | First Name | Middle Name     Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **1095** | **John Minnella**<br>**335 Golf View Dr**<br>**Little Egg Harbor, NJ 08087-4225** |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **1075** | **Joseph F Watters**<br>**49 Golf View Dr**<br>**Little Egg Harbor, NJ 08087-4219** |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **1042** | **Joseph G. Kiely**<br>**27 Johns Dr**<br>**Warren, NJ 07059-3006** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Secondary Member** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **1968** | **Karen Adamiak**<br>**1068 H Long Beach Blvd**<br>**Beach Haven, NJ 08008** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **1986** | **Karen Beurkle**<br>**352 Golf View Dr**<br>**Little Egg Harbor, NJ 08087-4230** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Secondary Member** | |
|---|---|---|---|
| | State the term remaining | | **Karen Rauh**<br>**2 Alpine Dr**<br>**North Haledon, NJ 07508-3116** |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor 1   **Sea Oaks Lifetime Members**                                        Case number *(if known)* _____
    First Name          Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| List the contract number of any government contract  **1971** | |

---

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Secondary Member** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract  **1976** | **Kathleen Cameron**<br>**18 Cypress Court**<br>**Little Egg Harbor, NJ** |

---

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract  **1090** | **Kathleen Guarino**<br>**3 Downe Cir**<br>**Medford, NJ 08055-3331** |

---

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Secondary Member** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract  **1932** | **Kathy Halliday**<br>**207 Jeremy Ln**<br>**Manahawkin, NJ 08050-3634** |

---

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Secondard Member** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract  **1946** | **Kevin Hogan**<br>**1907 Ocean Ave**<br>**Surf City, NJ 08008-5443** |

---

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract  **1076** | **Larry Cameron**<br>**18 Cypress Ct**<br>**Little Egg Harbor, NJ 08087-4231** |

---

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor 1 **Sea Oaks Lifetime Members**                                    Case number *(if known)*
        First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Secondard Member** | |
|---|---|---|---|
| | State the term remaining | | **Linda J. Gamble** |
| | List the contract number of any government contract | **1917** | **311 Orchard Way**<br>**Wayne, PA 19087-4833** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Secondary Member** | |
|---|---|---|---|
| | State the term remaining | | **Linda Rawlins** |
| | List the contract number of any government contract | **1977** | **286 Holcombe Way**<br>**Lambertville, NJ 08530-2227** |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | **Lori Moscato** |
| | List the contract number of any government contract | **1994** | **42 Hamble Rd**<br>**Little Egg Harbor, NJ 08087-3668** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Secondary Member** | |
|---|---|---|---|
| | State the term remaining | | **Margaret Felix** |
| | List the contract number of any government contract | **1953** | **436 Golf View Dr**<br>**Little Egg Harbor, NJ 08087-4232** |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | **Marilyn Colucci** |
| | List the contract number of any government contract | **1027** | **361 Golf View Dr**<br>**Little Egg Harbor, NJ 08087-4227** |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | **Mark Balzarotti**<br>**6 Atlas Rd**<br>**Basking Ridge, NJ 07920-2206** |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor 1   **Sea Oaks Lifetime Members**

       First Name            Middle Name           Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| List the contract number of any government contract | **1025** | |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **1091** | **Mark Prosky**<br>**13 Golf View Dr**<br>**Little Egg Harbor, NJ 08087-4219** |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Secondary Member** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **1975** | **Mary Jane Watters**<br>**49 Golf View Dr**<br>**Little Egg Harbor, NJ 08087-4219** |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Secondary Member** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **1931** | **Michael Bayles**<br>**209 Glen Arden Dr**<br>**Fairfield, CT 06824-3901** |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **1939** | **Michael Boucher**<br>**405 Timber Ln**<br>**Newtown Square, PA 19073-1708** |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **1093** | **Michael Cocozza**<br>**38 Bunker Dr**<br>**Little Egg Harbor, NJ 08087-2942** |

| Debtor 1 | **Sea Oaks Lifetime Members** | | Case number *(if known)* |
|---|---|---|---|
| | First Name          Middle Name          Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **1029** | **Michael F Sullivan**<br>**1118 E Lon Beach Blvd**<br>**North Beach, NJ 08008** |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Secondary Member** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **1960** | **Michael J. Monteleone**<br>**309 E 87th St Apt 6**<br>**New York, NY 10128-4809** |

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **1022** | **Michael Lusardo**<br>**207 Jeremy Ln**<br>**Manahawkin, NJ 08050-3634** |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **1017** | **Michael Zisman**<br>**311 Orchard Way**<br>**Wayne, PA 19087-4833** |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **1032** | **Mr. Al Halliday**<br>**14 Susan Ln**<br>**Manahawkin, NJ 08050-4270** |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Secondary Member** | |
|---|---|---|---|
| | State the term remaining | | **Nancy Lynch**<br>**210 N 11th St**<br>**Surf City, NJ 08008-5310** |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor 1 **Sea Oaks Lifetime Members**
First Name          Middle Name          Last Name                    Case number *(if known)*

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract  **1947** | |

---

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Secondary Member** | |
|---|---|---|---|
| | State the term remaining | | **Patrick Dolan** |
| | List the contract number of any government contract  **1923** | | **237 Barnsboro Rd**  **Sewell, NJ 08080-4503** |

---

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetiime Member** | |
|---|---|---|---|
| | State the term remaining | | **Patrick Esposito** |
| | List the contract number of any government contract  **1004** | | **2405 Cadwallader Sonk Rd**  **Cortland, OH 44410-9425** |

---

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | **Patrick Hogan** |
| | List the contract number of any government contract  **1046** | | **1907 Ocean Ave**  **Surf City, NJ 08008-5443** |

---

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | **Patrick Minella** |
| | List the contract number of any government contract  **1995** | | **192 Liberty Ave**  **Manahawkin, NJ 08050-1915** |

---

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Secondary Member** | |
|---|---|---|---|
| | State the term remaining | | **Paula G. Doll** |
| | List the contract number of any government contract  **1903** | | **6324 Long Beach Blvd**  **Beach Haven, NJ 08008-5758** |

---

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor 1    **Sea Oaks Lifetime Members**                                          Case number *(if known)*
           First Name          Middle Name          Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | **Peter J. Swarts** |
| | List the contract number of any government contract | **1024** | **34 Bunker Dr**<br>**Little Egg Harbor, NJ 08087-2942** |

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | **Ralph Moscato** |
| | List the contract number of any government contract | **1094** | **42 Hamble Rd**<br>**Little Egg Harbor, NJ 08087-3668** |

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | **rank W. Bode** |
| | List the contract number of any government contract | **1036** | **66 Golf View Dr**<br>**Little Egg Harbor, NJ 08087-4222** |

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | **Raymond Rawlins** |
| | List the contract number of any government contract | **1077** | **286 Holcombe Way**<br>**Lambertville, NJ 08530** |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | **Richard Linquist** |
| | List the contract number of any government contract | **1001** | **333 E 91st St Apt 33C**<br>**New York, NY 10128-5894** |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | **Richard Pollard**<br>**4 John St**<br>**Little Egg Harbor, NJ 08087-9615** |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor 1    **Sea Oaks Lifetime Members**                                    Case number *(if known)*
　　　　　　First Name　　　Middle Name　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| List the contract number of any government contract **1021** | |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | **Richard Toledo** |
| | List the contract number of any government contract **1027** | | **42 Bunker Dr** **Little Egg Harbor, NJ 08087-2942** |

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | **Robert Connors** |
| | List the contract number of any government contract **1078** | | **13 Links Ln** **Little Egg Harbor, NJ 08087-4249** |

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | **Robert H. Woods** |
| | List the contract number of any government contract **1011** | | **408 Championship Way** **Moorestown, NJ 08057-3993** |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | **Robert J. Wolf** |
| | List the contract number of any government contract **1041** | | **464 Golf View Dr** **Little Egg Harbor, NJ 08087-4234** |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | **Robert Nugent** |
| | List the contract number of any government contract **1054** | | **5000 Long Branch Blvd** **Beach Haven, NJ 08008** |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor 1    **Sea Oaks Lifetime Members**                                              Case number (*if known*)
             First Name          Middle Name          Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | **Robert R Kircher** |
| | List the contract number of any government contract | 1048 | **5 W Lillie Ave**<br>**Beach Haven, NJ 08008-3131** |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | **Robert Stohrer** |
| | List the contract number of any government contract | 1002 | **115 N Ohio Ave**<br>**Beach Haven, NJ 08008-2858** |

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | **Robert Thoma** |
| | List the contract number of any government contract | 1033 | **651 Oriskany Ct**<br>**Osprey, FL 34229-9379** |

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | **Robert Turken** |
| | List the contract number of any government contract | 1051 | **161 Flamingo Rd**<br>**Tuckerton, NJ 08087-2408** |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **Secondary Member** | |
|---|---|---|---|
| | State the term remaining | | **Rose marie Davidson** |
| | List the contract number of any government contract | 1974 | **207 Jeremy Ln**<br>**Manahawkin, NJ 08050-3634** |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | **Rosemaur Leonardo**<br>**67 Cedars Ave**<br>**Harvey Cedars, NJ 08008-5720** |

| Debtor 1 | **Sea Oaks Lifetime Members** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| List the contract number of any government contract    **1092** | |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract    **1007** | Saibaba Reddy<br>149 Kristine Ave<br>Manahawkin, NJ 08050-7811 |

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | **Secondard Member** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract    **1969** | Sanra Johnson<br>35 Golf View Dr<br>Little Egg Harbor, NJ 08087-4219 |

| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract    **1089** | Shawn Weeks<br>8 York Dr<br>Helmetta, NJ 08828-1161 |

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | **Secondary member** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract    **1034** | Suzanne Conahan<br>15820 Savona Way<br>Naples, FL 34110-2700 |

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | **Secondard Member** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract    **1901** | Suzanne Lindquist<br>9 Charleston Ct<br>Basking Ridge, NJ 07920-3814 |

Debtor 1  **Sea Oaks Lifetime Members**
　　　　　First Name　　　　　Middle Name　　　　　Last Name　　　　　　Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | **Thomas Brothers** |
| | List the contract number of any government contract | **1050** | **2 S Central Ave**<br>**Surf City, NJ 08008-4844** |

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | **Thomas Lockburner** |
| | List the contract number of any government contract | **1031** | **55 Murphy Cir**<br>**Florham Park, NJ 07932-2010** |

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | **Thomas M, Dickson** |
| | List the contract number of any government contract | **1096** | **41 Golf View Dr**<br>**Little Egg Harbor, NJ 08087-4219** |

| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | **Timothy Doll** |
| | List the contract number of any government contract | **1003** | **268 Forge Rd**<br>**West Creek, NJ 08092-9309** |

| 2.108. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | **Timothy N. Weeks** |
| | List the contract number of any government contract | **1083** | **44 Hyer Ct**<br>**Aberdeen, NJ 07747-1252** |

| 2.109. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** | |
|---|---|---|---|
| | State the term remaining | | **Willaim Davidson**<br>**207 Jeremy Ln**<br>**Manahawkin, NJ 08050-3634** |

Debtor 1   **Sea Oaks Lifetime Members**                          Case number (*if known*) _____
             First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | List the contract number of any government contract | 1074 |  |
|---|---|---|---|

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract | 1053 | **William D. Felix**<br>**436 Golf View Dr**<br>**Little Egg Harbor, NJ 08087-4232** |

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract | 1028 | **William F. Henning**<br>**250 Matey Ave**<br>**Manahawkin, NJ 08050-2233** |

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | **Lifetime Member** |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract | 1030 | **William R. Stanbach**<br>**2220 West Ave**<br>**Beach Haven, NJ 08008-1349** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Sea Oaks Golf Club, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY, TRENTON DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                            12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 | **Joseph Mezzina** | **72 Golf View Drive**<br>**Little Egg Harbor, N** | **Atlantic Homes, Inc.** | ■ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Sea View Country Club, LLC** | **99 Golf View Dr**<br>**Little Egg Harbor, NJ 08087-4219** | **Atlantic Homes, Inc.** | ■ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **Sea Oaks Golf Club, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY, TRENTON DIVISION

Case number (if known)

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June  3, 2020**       X **/s/ Joseph Mezzina**
                                          Signature of individual signing on behalf of debtor

                                       **Joseph Mezzina**
                                       Printed name

                                       **Managing Member of J & J Partnership, LL**
                                       Position or relationship to debtor

# United States Bankruptcy Court
### District of New Jersey, Trenton Division

In re  **Sea Oaks Golf Club, LLC** _____  Case No. _____

Debtor(s)    Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Atlantic Homes, Inc.**<br>**c/o James J. Curry LLM**<br>**505 Main St**<br>**Toms River, NJ 08753-7443** | **Member** | **0.49** | |
| **J & J Partnership, LLC**<br>**PO Box 1825**<br>**Little Egg Harbor, NJ 08087-5825** | **Member** | **0.51** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member of J & J Partnership, LL** of the Limited Liability Companynamed as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **June  3, 2020** _____  Signature  **/s/ Joseph Mezzina** _____

**Joseph Mezzina**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**Fill in this information to identify the case:**

Debtor name    **Sea Oaks Golf Club, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY, TRENTON DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ☐ Operating a business<br>■ Other  **rental real estate income** | **$42,012.00** |
| **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ☐ Operating a business<br>■ Other  **negative** | **$-258,016.00** |
| **For the fiscal year:**<br>From **1/01/2017** to **12/31/2017** | ☐ Operating a business<br>■ Other  **negative** | **$-258,030.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

---

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be

| Debtor | **Sea Oaks Golf Club, LLC** | Case number *(if known)* |
| --- | --- | --- |

adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- |
| 7.1.  **Atlantic Homes, Inc. v. Sea Oaks Golf Club,LLC,  Joseph Mezzina, and Sea Oaks Country Club, LLC OCN-L-424-20** | **Suit on promissory note and guaranty** | **Superior Court of New Jerse 118 Washington St Toms River, NJ 08753-7626** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Debtor | **Sea Oaks Golf Club, LLC** | Case number *(if known)* | |
|---|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Broege, Neumann, Fischer & Shaver**<br>**25 Abe Voorhees Dr**<br>**Manasquan, NJ 08736-3560** | | **12/13/2019** | **$5,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Broege, Neumann, Fischer & Shaver**<br>**25 Abe Voorhees Dr**<br>**Manasquan, NJ 08736-3560** | | **May 26, 2020** | **$6,717.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:    Previous Locations**

14. **Previous addresses**

Debtor    **Sea Oaks Golf Club, LLC** _____    Case number *(if known)* _____

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | **Sea Oaks Golf Club, LLC** | Case number *(if known)* | |

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **various members** | | **Golf clubs, bags and related items** | **$0.00** |

---

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

---

Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

Debtor   **Sea Oaks Golf Club, LLC**_____   Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Dolan Bell & Marsella** 24 Nautilus Dr Ste 9 Manahawkin, NJ 08050-2490 | |
| 26a.2. **Angela Mezzina** 6 Altori Ct Little Egg Harbor, NJ 08087-4108 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Dolan Bell & Marsella** 24 Nautilus Dr Ste 9 Manahawkin, NJ 08050-2490 | **2018, 2019, 2020** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **J&J PARTNERSHIP LLC** | **72 Golf View Dr** **Little Egg Harbor, NJ 08087-4222** | **Member** | **51** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Atlantic Homes, Inc.** | **505 Main St** **Toms River, NJ 08753-7443** | **Member** | **49%** |

| Debtor | **Sea Oaks Golf Club, LLC** | Case number *(if known)* | |
|---|---|---|---|

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Joseph Mezzina** | **72 Golf View Dr**<br>**Little Egg Harbor, NJ 08087-4222** | **Manager** | **01/29/2015 - 02/22/2020** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:  Signature and Declaration**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  3, 2020**

**/s/ Joseph Mezzina**                                          **Joseph Mezzina**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Managing Member of J & J Partnership, LL**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of New Jersey, Trenton Division

In re   **Sea Oaks Golf Club, LLC** _____    Case No. _____

                                        Debtor(s)              Chapter     **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
      compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
      be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ <u>**FLAT FEE**</u>

|     |     |     |
|-----|-----|-----|
| For legal services, I have agreed to accept | $ | _____ |
| Prior to the filing of this statement I have received | $ | _____ |
| Balance Due | $ | _____ |

■ <u>**RETAINER**</u>

|     |     |     |
|-----|-----|-----|
| For legal services, I have agreed to accept and received a retainer of | $ | **5,000.00** |
| The undersigned shall bill against the retainer at an hourly rate of | $ | **600.00** |

      [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
      fees and expenses exceeding the amount of the retainer.

2.    The source of the compensation paid to me was:

      ■ Debtor       ☐ Other (specify):

3.    The source of compensation to be paid to me is:

      ■ Debtor       ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law
      firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
      e.  [Other provisions as needed]
          **Plus Filing Fee of $1,717.00**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
          **.The said retainer is a retainer against the fees  to be determined at the conclusion of these proceedings, or at
          such intervals and in such amounts as the Court may approve the said compensation and any further
          compensation to be determined as the Court may allow, in accordance with the provisions of United States
          Bankruptcy Code.**

In re    **Sea Oaks Golf Club, LLC**                                    Case No. _____
_____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
### (Continuation Sheet)

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June  3, 2020**                                    **/s/ Timothy P. Neumann Esq**
_____                     _____
*Date*                                              **Timothy P. Neumann Esq**
                                                    *Signature of Attorney*
                                                    **Broege, Neumann, Fischer & Shaver LLC**

                                                    **25 Abe Voorhees Dr**
                                                    **Manasquan, NJ 08736-3560**
                                                    **(732) 223-8484   Fax: (732) 223-2416**
                                                    **tneumann@bnfsbankruptcy.com**
                                                    _____
                                                    *Name of law firm*

---

Abby Guider
1958 Breakers Dr
Barnegat, NJ   08005-2646


Adam Doren
1027 Garden St
Hoboken, NJ   07030-4302


Adrian Dieckman
491 A Rte # 9P
West Creek, NJ   08092


Alan Kirkpatrick
PO Box 545
Barnegat Light, NJ   08006-0545


Alan Lee
311 Center St
Manahawkin, NJ   08050-3120


Alan Sauer
6 Maple Ave
Barnegat, NJ   08005-2306


Albert Silvestri
423 Middle Branch Dr
Forked River, NJ   08731-4941

Allen Halliday
14 Susan Ln
Manahawkin, NJ  08050-4270


Ally Financial
Bankruptcy Department
PO Box 130424
Saint Paul, MN  55113-0004


Angelo Mureo
8 Creekview Rd
Barnegat, NJ  08005-2434


Angelo W. Lovallo
337 Golf View Dr
Little Egg Harbor, NJ  08087-4225


Ann Davidson
324 Golf View Dr
Little Egg Harbor, NJ  08087-4230


Anthony Macahilig
314 Princeton Rd
Linden, NJ  07036-5502


Anthony Rischitell
15 Aldom Cir
West Caldwell, NJ  07006-7414

Anthony Troisi
1104 Oahu Dr
Forked River, NJ  08731-4701


Anthony Viscito
39 Eastern Pkwy
Caldwell, NJ  07006-7215


Archer Katz
151 Birchwood Rd
Old Tappan, NJ  07675-6810


arthur Kukoda
33 Maple St
Spotswood, NJ  08884-2109


Arthur Schwarz
111 E North Carolina Ave
Long Beach, NJ  08008-3046


Atlantic Homes, Inc.
c/o James J. Curry LLM
505 Main St
Toms River, NJ  08753-7443


Austin Gobo
331 E 9th St Apt 3
New York, NY  10003-7721

Barbara Bailey
25 Highland Dr
Manahawkin, NJ  08050-5440


Barbara Borinsky
318 Golf View Dr
Tuckerton, NJ  08087-4230


Barbara Cogswell
50 Windstar Dr
Little Egg Harbor, NJ  08087-1678


Barbara Johnstone
PO Box 97
Kenilworth, NJ  07033-0097


Better A. Bauer
23 Masters Ct
Little Egg Harbor, NJ  08087-2904


Betty Chesner
6 Hillwood Dr
Mount Laurel, NJ  08054-6924


Betty Joyce Meye
10 Bunker Dr
Little Egg Harbor, NJ  08087-2942

Bill Decker
123 Golf View Dr
Little Egg Harbor, NJ   08087-4223


Bill Rafferty
18 Denville St
Barnegat, NJ   08005-2503


Bill Upton
303 Terrace Ave
Toms River, NJ   08753-7729


Bob Terrigno
47 Sunnycrest Dr
Brick, NJ   08724-3654


Bonnie Merkel
56 Golf View Dr
Little Egg Harbor, NJ   08087-4222


Bonnie W Davis
PO Box 389
Barnegat Light, NJ   08006


Bradley Hewitt
151 Darryl Dr
Little Egg Harbor, NJ   08087-9768

Brain Bouher
6 Cobblestone Ct
Glen Mills, PA  19342-1775


Brandon Tyhanic
16 Pembrook Ct
Little Egg Harbor, NJ  08087-3923


Brian Brady
22 Timber Ln
West Creek, NJ  08092-9677


Brian Havrilak
233 Aberdeen Ave
Exton, PA  19341-2720


Brian Klements
163 Giffordtown Ln
Little Egg Harbor, NJ  08087-9603


Brian Lynch
210 N 11th St
Surf City, NJ  08008-5310


Brian Silvestri
423 Middle Branch Dr
Forked River, NJ  08731-4941

Brian Varley
1420 Ocean Way Apt 3A
Jupiter, FL  33477-7271


Bruce Seaman
PO Box 8243
Trenton, NJ  08650-0243


Bruce Stiers
365 Golf View Dr
Little Egg Harbor, NJ  08087-4227


Butch Dieckman
491 A Rte # 9P
West Creek, NJ  08092


Butch Palazza
161 Shannon Ct
Winchester, VA  22602-2372


C J Mack
220 Centre St Fl 2
Beach Haven, NJ  08008-1714


Caitlin Guider
1958 Breakers Dr
Barnegat, NJ  08005-2646

Campbell   Johnstone
PO Box 97
Kenilworth, NJ   07033-0097


Candy Guider
1958 Breakers Dr
Barnegat, NJ   08005-2646


Carin Kirkpatrick
PO Box 545
Barnegat Light, NJ   08006-0545


Carmen Mack
1 W 29th Street Long Bch
Beach Haven, NJ   08008


Carol Dickson
42 Golf View Dr
Little Egg Harbor, NJ   08087-4222


Carol Sanderson
25 Grayhawk Ln
Little Egg Harbor, NJ   08087-4243


Carol Stohrer
115 N Ohio Ave
Barnegat Light, NJ   08006

Carol Terrigno
47 Sunnycrest Dr
Brick, NJ   08724-3654


Cassie Brady
22 Timber Ln
West Creek, NJ   08092-9677


Charles McGinley
412 Liberty Ave
Beach Haven, NJ   08008-1455


Charles Peterson
285 Nautilus Dr
Manahawkin, NJ   08050-2240


Chris Guider
1958 Breakers Dr
Barnegat, NJ   08005-2646


Chris Guider, jr.
1958 Breakers Dr
Barnegat, NJ   08005-2646


Chris Wynkoop
1206 S Bay Ave
Beach Haven, NJ   08008-1516

Christopher Yax
29 Bunker Dr
Little Egg Harbor, NJ   08087-2940


Cindy Ludwig
730 Hill St
Lanoka Harbor, NJ   08734-1734


Dan Biloram
190 Nolan Ave
Bayville, NJ   08721-3475


Dan Strongarone
45 Chatham Rd
Little Egg Harbor, NJ   08087-3661


Dan Wyrsch
310 Bayberry Ct
West Creek, NJ   08092-2834


Dane Nugent
5000 Long Beach Blvd
Beach Haven, NJ   08008-3932


Daniel C Cummings
185 Parkertown Dr
Little Egg Harbor, NJ   08087-9711

Daniel J Crank
221 Montclair Rd S
Barnegat, NJ  08005-2614


Daniel J Schreck
Schreck Bavaro & Co
10 N Park Pl Ste 530
Morristown, NJ  07960-7101


Daniel N Sanzo
853 Buccaneer Ln
Manahawkin, NJ  08050-2111


Daniel Rauh
2 Alpine Dr
North Haledon, NJ  07508-3116


Daniel Richardson
71 Galley Way
Little Egg Harbor, NJ  08087-3664


Dave Wyrsch Jr
110 Autumn Oak Ln
Manahawkin, NJ  08050-2578


David Brothers
6 Childsworth Ave
Bernardsville, NJ  07924-2304

David Johnson
35 Golf View Dr
Little Egg Harbor, NJ   08087-4219


David L Wyrsch
1068 Whispering Oak Ln
Manahawkin, NJ   08050-2632


David Lane
805 16th Ave Apt 2
Belmar, NJ   07719-2810


David Laney
35 Sea Breeze Dr
Little Egg Harbor, NJ   08087-9765


David R Young
41 Lighthouse Way
Beach Haven, NJ   08008-6122


David Roskos
58 Foster Road Pennington Rd
Pennington, NJ   08534


David S Ginsburg
55 W California Ave
Long Beach Township, NJ   08008-3232

David Stout
12 Rapids Ct
Barnegat, NJ  08005-5571


David Wallinger
151 Barracuda Rd
Manahawkin, NJ  08050-1202


Debbie Esposito
2405 Cadwallader Sonk Rd
Cortland, OH  44410-9425


Debbie Leonard
730 Hill St
Lanoka Harbor, NJ  08734-1734


Dennis Daniels
1312 Lancewood Ter
Palm City, FL  34990-8051


Dennis M Filippon
209 Arborridge Dr
Forked River, NJ  08731-1084


Dennis Mondelli
37 Deer Run Dr N
Barnegat, NJ  08005-2032

Dennis N Longstre
6946 SE Harbor Cir
Stuart, FL  34996-1915


Derek R Stanton
8 Grayhawk Ln
Little Egg Harbor, NJ  08087-4240


Diane Cocozza
38 Bunker Dr
Little Egg Harbor, NJ  08087-2942


Dolan, Bell & Marsella
Certified Public Accountants
24 Nautilus Dr Ste 9-10
Manahawkin, NJ  08050-2490


Dolores Diaz
90 Eazst Milan Blvd
Farmingdale, NJ  07727


Don Kakstis
16 5th St
Beach Haven, NJ  08008-1962


Donald Burnaford
6405 A Long Beach Blvd
Harvey Cedars, NJ  08008

Donald Leese
366 Golf View Dr
Little Egg Harbor, NJ  08087-4230


Donald Maurer
10 Galley Way
Little Egg Harbor, NJ  08087-3663


Donald Wynkoop
1206 S Bay Ave
Beach Haven, NJ  08008-1516


Donna Toledo
42 Bunker Dr
Little Egg Harbor, NJ  08087-2942


Dorasani Reddy
149 Kristine Ave
Manahawkin, NJ  08050-7811


Dustin Bodony
10 Longworth Ct
West Creek, NJ  08092-2831


Ed Balzarotti
32 Murphy Cir
Florham Park, NJ  07932-2012

Ed Lemire
252 Newport Way
Little Egg Harbor, NJ   08087-3650


Edward Malone
19 Golf View Dr
Little Egg Harbor, NJ   08087-4219


Edward Naughton
52 Lafayette Dr
Manahawkin, NJ   08050-2907


Edward Walsh
4 Biabou Dr
Toms River, NJ   08757-3733


Edward Zebrowski
358 W 10th St
Ship Bottom, NJ   08008-6308


Edward Zolcinski
42 Schindler Ct
Upper Saddle River, NJ   07458-2362


Eileen Dolan
373 Golf View Dr
Little Egg Harbor, NJ   08087-4227

Eileen Kelly
116 Albert Dr
Manahawkin, NJ   08050-4504


Elaine Turken
161 Flamingo Rd
Tuckerton, NJ   08087-2408


Ellen Conners
13 Links Ln
Little Egg Harbor, NJ   08087-4249


Emery Dupuis
7 Shoemaker Rd
Manalapan, NJ   07726-6016


Eric Hansen
389 S Green St
Tuckerton, NJ   08087-2526


Eric Swain
1022 Midship Ave
Manahawkin, NJ   08050-2338


Erik Jurgensen
155 Ravenwood Blvd
Barnegat, NJ   08005-2203

Erin Guider
1958 Breakers Dr
Barnegat, NJ  08005-2646


Ester Tomasette
120 E 21st St
Beach Haven, NJ  08008


Frank Bode
66 Golf View Dr
Little Egg Harbor, NJ  08087-4222


Frank Janda
1330 Lee Way
Forked River, NJ  08731-4123


Frank Peters
668 Loxley Dr
Toms River, NJ  08753-4384


Frank Zurica
911 Travis Ave
Staten Island, NY  10314-5707


Fred Santos
2273 Old Church Rd
Toms River, NJ  08753-8156

Frederick Collins
273 Grove St
Woodbridge, NJ  07095-1627


Gail Lavrentiev
28 Golf View Dr
Little Egg Harbor, NJ  08087-4222


Gateion Canonico
15 Masters Ct
Little Egg Harbor, NJ  08087-2904


Gene Pepe
216 Newport Way
Little Egg Harbor, NJ  08087-3650


George Bailey
25 Highland Dr
Manahawkin, NJ  08050-5440


George Draeger
PO Box 4117
Wayne, NJ  07474-4117


George Georgeles
11 Cypress Ct
Little Egg Harbor, NJ  08087-4231

George Ondic Jr
79 Shady Nook Dr
Toms River, NJ   08755-5127


George Petronella
30 Masters Ct
Little Egg Harbor, NJ   08087-2943


George R. Hyatt
21 Grayhawk Ln
Little Egg Harbor, NJ   08087-4243


George Ruotolo
2409 Central Ave
Ship Bottom, NJ   08008-4234


George W Davis
PO Box 389
Barnegat Light, NJ   08006


Gerry Ludwig
730 Hill St
Lanoka Harbor, NJ   08734-1734


Ginny Habakus
7749 SE Spicewood Cir
Hobe Sound, FL   33455-8204

Gloria Barnet
311 Golf View Dr
Little Egg Harbor, NJ  08087-4225


Grace Klements
16 Pembrook Ct
Little Egg Harbor, NJ  08087-3923


Gregg Carlovich
15 Central Park W Apt 6P
New York, NY  10023-7711


Gregory J McNally
27 Warren Ct
Manahawkin, NJ  08050-7817


Herman Pharo
124 Lanyard Rd
Manahawkin, NJ  08050-1619


Howard Shemitz
60 Butler Dr
Barnegat, NJ  08005-2252


J & J Partnership, LLC
PO Box 1825
Little Egg Harbor, NJ  08087-5825

Jack Byrnes
1701 Seaview Ave
Barnegat Light, NJ  08006-1504


Jack Tooker
12 E 14th St
Beach Haven, NJ  08008-2212


James Adams
25 Rutledge Rd
Valhalla, NY  10595-1250


James Cadmus
13 Kings Cir
Malvern, PA  19355-2001


James Carver
612 Batchelor St
Toms River, NJ  08753-6835


James Fisher
10 Pheasant Run
Clarksburg, NJ  08510-1709


James Fisher Jr.
10 Pheasant Run
Clarksburg, NJ  08510-1709

James G. McCaffrey
14 W 16th St
Beach Haven, NJ  08008-2239


James Gluck
217 Washington St
Toms River, NJ  08753-7567


James H Hughes
25 Shoveler Ln
Manahawkin, NJ  08050-3178


James J Connallon
48 Bunker Dr
Little Egg Harbor, NJ  08087-2942


James J Damato
24634 Saint Denis Ct
Valencia, CA  91355-3500


James J. Curry, esq.
505 Main St
Toms River, NJ  08753-7443


James McNally
251 Newport Way
Little Egg Harbor, NJ  08087-3655

James Saxton
413 Riverside Dr
Pine Beach, NJ   08741-1144


Jane Zeitschel
19 Cypress Ct
Little Egg Harbor, NJ   08087-4231


Janet Wolf
461 Golf View Dr
Little Egg Harbor, NJ   08087-4229


Jason Montelelone
512 Ridgefield Rd
Wilton, CT   06897-1926


Jean Lusardo
207 Jeremy Ln
Manahawkin, NJ   08050-3634


Jeff Ervin
16 Pikes Peak Rd
Little Egg Harbor, NJ   08087-9636


Jeff Ray
535 Locust Point Rd
Rumson, NJ   07760-2321

Jeff Reilly Jr
328 Bayberry Ct
West Creek, NJ   08092-2834


Jeff Wyrsch
110 Autumn Oak Ln
Manahawkin, NJ   08050-2578


Jeremy DeFilippis
12 Mea Ln
Beach Haven, NJ   08008-3633


Jim Engler
53 Freedom Hills Dr
Barnegat, NJ   08005-1827


Jim Oliveiero
115 Golf View Dr
Little Egg Harbor, NJ   08087-4223


Jim Thoma
717 Philadelphia Blvd
Sea Girt, NJ   08750-2514


Joanne Prosky
13 Golf View Dr
Little Egg Harbor, NJ   08087-4219

Joe Abakus
7749 SE Spicewood Cir
Hobe Sound, FL  33455-8204


Joe Donabauer
5 Stafford Ter
Parsippany, NJ  07054-4035


Joe Ernst
26 Bunker Dr
Little Egg Harbor, NJ  08087-2942


Joe Hutchinson Jr
31 Eagle Ridge Ln
West Creek, NJ  08092-3234


Joe Hutchinson Sr
3100 Long Beach Blvd
Beach Haven, NJ  08008-4129


Joesep Morella
422 Golf View Dr
Little Egg Harbor, NJ  08087-4232


Joey Fabian
9 Mimi Pl
Manahawkin, NJ  08050-5611

Joh n Dusko
235 Newport Way
Little Egg Harbor, NJ  08087-3655

John Adamiak
1068 H Long Breach Blvd
Beach Haven, NJ  08008

John Arizzi
22 Bunker Dr
Little Egg Harbor, NJ  08087-2942

John Botteri
43 Sycamore Dr
Little Egg Harbor, NJ  08087-3311

John Buerkle
352 Golf View Dr
Little Egg Harbor, NJ  08087-4230

John Carlovich
15 Central Park W Apt 6P
New York, NY  10023-7711

John G Shaw
14 A Long Beach Blvd Long Bch
Beach Haven, NJ  08008

John Gluck
401 Monmouth Ave
Pine Beach, NJ   08741-1607


John Halliwell
888 Gerald Dr
Toms River, NJ   08753-2807


John Harden
29 Woodlane Rd
Lawrence Township, NJ   08648-1055


John Harden Jr
319 Monroe St Apt 1
Hoboken, NJ   07030-7665


John J Sherman
26 Timber Ln
West Creek, NJ   08092-9677


John K Schilling
118 W Holly Ln
Tuckerton, NJ   08087-2038


John Minnella
335 Golf View Dr
Little Egg Harbor, NJ   08087-4225

John O'Reilly
65 Chatham Rd
Little Egg Harbor, NJ  08087-3661


John P Dugan
44 Watts Ave
Barnegat, NJ  08005-1330


john P Wheatley
316 Golf View Dr
Little Egg Harbor, NJ  08087-4230


John Stuebing
40 Stagecoach Ct
Little Egg Harbor, NJ  08087-9662


John Sullivan
41 Masters Ct
Little Egg Harbor, NJ  08087-2904


Jon Conahan
15820 Savona Way
Naples, FL  34110-2700


Joseph Barnet
311 Golf View Dr
Little Egg Harbor, NJ  08087-4225

Joseph Brancato
272 Clipper Rd
Manahawkin, NJ  08050-1218


Joseph G. Kiely
27 Johns Dr
Warren, NJ  07059-3006


Joseph Hanney
834 Old Farm Rd
Point Pleasant Beach, NJ  08742-4048


Joseph LaManna
1205 Niihau Dr
Forked River, NJ  08731-4702


Joseph Mezzina
72 Golf View Dr
Little Egg Harbor, NJ  08087-4222


Joseph Schwartz
39 Bunker Dr
Little Egg Harbor, NJ  08087-2940


Joseph Serico
160 Bayville Way
Waretown, NJ  08758-2735

Joseph Watters
49 Golf View Dr
Little Egg Harbor, NJ  08087-4219


Joshua Roda
2401 Bay Vis
Surf City, NJ  08008-5500


Jospeh Tomasette
120 E 21st St
Beach Haven, NJ  08008


Judith Ruffo
34 Grayhawk Ln
Little Egg Harbor, NJ  08087-4240


Julie Swarts
34 Bunker Dr
Little Egg Harbor, NJ  08087-2942


Karen Bandosz
308 Golf View Dr
Little Egg Harbor, NJ  08087-4230


Karen Buerkle
352 Golf View Dr
Little Egg Harbor, NJ  08087-4230

Karen O"Connell
122 Lakeshore Dr
North Palm Beach, FL   33408-3605


Karen Rauh
2 Alpine Dr
North Haledon, NJ   07508-3116


Kathleen Cameron
18 Cypress Ct
Little Egg Harbor, NJ   08087-4231


Kathleen Guarino
3 Downe Cir
Medford, NJ   08055-3331


Kathryn Adamiak
1068 H Long Breach Blvd
Beach Haven, NJ   08008


Kathy Halliday
14 Susan Ln
Manahawkin, NJ   08050-4270


Keith Klements
163 Giffordtown Ln
Little Egg Harbor, NJ   08087-9603

Keith Marcoon
10 Trent Ct
Manahawkin, NJ  08050-5617


Keith Tyhanic
16 Pembrook Ct
Little Egg Harbor, NJ  08087-3923


Ken Schoene
27 Masters Ct
Little Egg Harbor, NJ  08087-2904


Ken Sullivan
913 Walnut Rd
Manahawkin, NJ  08050


Kenneth Schroen
102 Joanna Dr
Toms River, NJ  08753-5214


Kevin Askew
39 Harbor Inn Rd
Bayville, NJ  08721-3559


Kevin Bergin
4 E Nebraska Ave
Long Beach Township, NJ  08008-3154

Kevin Hartnett
42 Landing Dr
Dobbs Ferry, NY  10522-1182


Kevin Hogan
1907 Ocean Ave # Aenue
Surf City, NJ  08008-5443


Kevin Laney
35 Sea Breeze Dr
Little Egg Harbor, NJ  08087-9765


Kevin Laney Sr
35 Sea Breeze Dr
Little Egg Harbor, NJ  08087-9765


Kim Nutt
108 Dune Ln
Barnegat, NJ  08005-2903


Kimberly Laney
35 Sea Breeze Dr
Little Egg Harbor, NJ  08087-9765


Larry Cameron
18 Cypress Ct
Little Egg Harbor, NJ  08087-4231

Larry Gelinas
116 Demmy Ave
Waretown, NJ  08758-2326


Larry Gever
11 Starboard Ct
Little Egg Harbor, NJ  08087-3662


Larry Leising
194 Ambermist Way
Forked River, NJ  08731-1086


Larry Tevnan
20 Masters Ct
Little Egg Harbor, NJ  08087-2943


Larry Wallace
90 Sunlit Dr
Watchung, NJ  07069-6219


Laura J. Colla
35 Butler Dr
Barnegat, NJ  08005-2251


Lawrence H. Hofer
7 Masters Ct
Little Egg Harbor, NJ  08087-2904

Lawrence Rubin
6 Chatham Rd
Little Egg Harbor, NJ   08087-3658


Lewis Furman
25 Chatham Rd
Little Egg Harbor, NJ   08087-3661


Lewis Sofield
106 1st Ave
Tuckerton, NJ   08087-2704


Linda Gamble
311 Orchard Way
Wayne, PA   19087-4833


Linda Longstreet
6946 SE Harbor Cir
Stuart, FL   34996-1915


Linda Rawlins
286 Holcombe Way
Lambertville, NJ   08530-2227


Lisa Fabian
9 Mimi Pl
Manahawkin, NJ   08050-5611

Lori Moscato
41 Hamble Rd
Little Egg Harbor, NJ  08087-3667


Lynie Barry
54 Golf View Dr
Little Egg Harbor, NJ  08087-4222


Maggie Lessard
9600 Beach Ave
Beach Haven, NJ  08008-3219


Margaret Felix
436 Golf View Dr
Little Egg Harbor, NJ  08087-4232


Marilyn Colucci
361 Golf View Dr
Little Egg Harbor, NJ  08087-4227


Mario J Abati
37 Masters Ct
Little Egg Harbor, NJ  08087-2904


Mark Balzarotti
6 Atlas Rd
Basking Ridge, NJ  07920-2206

Mark Prosky
13 Golf View Dr
Little Egg Harbor, NJ   08087-4219


Marke Heslin
330 Privateer Rd
Manahawkin, NJ   08050-1702


Martin Cutter
1600 Strem Pkwy
Point Pleasant, NJ   08742


Martin Reiss
54 Butler Dr
Barnegat, NJ   08005-2252


Mary Gifford
67 Pine Oak Blvd
Barnegat, NJ   08005-3111


Mary Jane Watters
49 Golf View Dr
Little Egg Harbor, NJ   08087-4219


Mary Kate Reilly
328 Bayberry Ct
West Creek, NJ   08092-2834

Maureen Tyhanic
16 Pembrook Ct
Little Egg Harbor, NJ   08087-3923


Michael A. Mazur
359 W 12th St
Ship Bottom, NJ   08008-4525


Michael Bayles
209 Glen Arden Dr
Fairfield, CT   06824-3901


Michael Boucher
405 Timberl Ln
Newtown Square, PA   19073


Michael C Coogan
354 Golf View Dr
Little Egg Harbor, NJ   08087-4230


Michael Cocozza
38 Bunker Dr
Little Egg Harbor, NJ   08087-2942


Michael Eiche
4 Corkery Ln
Medford, NJ   08055-2369

Michael Knapp
14 Hemlock Ln
Bayville, NJ   08721-2406


Michael Kurdes
50 Valentine St
Monmouth Beach, NJ   07750-1466


Michael Lusardo
207 Jeremy Ln
Manahawkin, NJ   08050-3634


Michael Lutz
5 Hearthwood Ct
Manahawkin, NJ   08050-7807


Michael Monteleone
309 E 87th St Apt 6
New York, NY   10128-4809


Michael Sullivan
1118 E Long Beach Blvd
North Beach, NJ   08008


Michael Zisman
311 Orchard Way
Wayne, PA   19087-4833

Michelle McMenamin
411 N 3rd St
Surf City, NJ  08008-4928


Mickey Minitti
509 Northern Blvd
Bayville, NJ  08721-2742


Mike Cuoco
109 W Osborn Ave
Beach Haven, NJ  08008-1226


Mike Remus
365 S 3rd St
Surf City, NJ  08008-4738


Mitchell Perkins
14 Oak Tree Ln
Manahawkin, NJ  08050-3075


Morgan Tyhanic
16 Pembrook Ct
Little Egg Harbor, NJ  08087-3923


Nancy Lynch
210 N 11th St
Surf City, NJ  08008-5310

Nancy Wallace
90 Sunlit Dr
Watchung, NJ   07069-6219


Nick Amabile
559 Bethany Ln
Brick, NJ   08723-5064


Nick Manoy
7 Swan Hollow Ct
Ramsey, NJ   07446-1298


Nicole Astegher
315 Lighthouse Dr
Manahawkin, NJ   08050-2324


Ozzie Dupuis
73 John Dr
Kirkwood, PA   17536-9522


Pat Fredella
7 Chatham Rd
Little Egg Harbor, NJ   08087-3661


Patrick Bergamo
39 Lakeland Dr
Barnegat, NJ   08005-5546

Patrick Dolan
237 Barnsboro Rd
Sewell, NJ  08080-4503


Patrick Esposito
2405 Cadwallader Sonk Rd
Cortland, OH  44410-9425


Patrick Hogan
1907 Ocean Ave # Aenue
Surf City, NJ  08008-5443


Patrick Lynch
222 Newport Way
Little Egg Harbor, NJ  08087-3650


Patrick Mazzaro
240 Timberlake Dr
Manahawkin, NJ  08050-4605


Patrick Minnella
192 Liberty Ave
Manahawkin, NJ  08050-1915


Paul Gluck
621 Huntington Ave
Pine Beach, NJ  08741-1239

Paul Mikitik
147 Newport Way
Little Egg Harbor, NJ   08087-3644


Paul Reilly
328 Bayberry Ct
West Creek, NJ   08092-2834


Paul Sharkey
57 Lafayette Dr
Manahawkin, NJ   08050-2908


Paul W Davis
39 Ashwood Dr
Brick, NJ   08723-3401


Paula Doll
6324 Long Beach Blvd
Harvey Cedars, NJ   08008-5758


Peg Danley
517 Shore Ave
Ship Bottom, NJ   08008-4733


Perry Michael Baue
6 The Arbors
New Providence, NJ   07974-1994

Pete Fabin, Jr
9 Mimi Pl
Manahawkin, NJ  08050-5611


Pete Panietti
242 W 9th St
Ship Bottom, NJ  08008-4613


Peter F Parrinell
25 Masters Ct
Little Egg Harbor, NJ  08087-2904


Peter Fabian  Sr
9 Mimi Pl
Manahawkin, NJ  08050-5611


Peter Hellawell
42 Golf View Dr
Little Egg Harbor, NJ  08087-4222


Peter L Merkel
56 Golf View Dr
Little Egg Harbor, NJ  08087-4222


Peter Papa
431 Golf View Dr
Little Egg Harbor, NJ  08087-4229

Peter Swarts
34 Bunker Dr
Little Egg Harbor, NJ   08087-2942


Peter Vandenberg
382 Cokes Dr
Toms River, NJ   08753-4258


Philip Ferinde
32 Mulberry Dr
Manahawkin, NJ   08050-5439


Phillip Fegarsky
31 Hamble Rd
Little Egg Harbor, NJ   08087-3667


Pierce Herbst
99 Lakeview Dr E
Egg Harbor Township, NJ   08234-7818


Ralph Bonadies
63 Hidden Lake Cir
Barnegat, NJ   08005-5593


Ralph Moscato
41 Hamble Rd
Little Egg Harbor, NJ   08087-3667

Ramond Rawlins
286 Holcombe Way
Lambertville, NJ  08530-2227


Ray Milavsky
4 Labaia Ln
Beach Haven, NJ  08008-6120


Raymond Moehring
333 Bay Ave
Tuckerton, NJ  08087-2505


Rebecca Boncheck
423 Middle Branch Dr
Forked River, NJ  08731-4941


Reid Carnes
427 Oak Ave
West Creek, NJ  08092-2814


Rich  Nisula
220 Newport Way
Little Egg Harbor, NJ  08087-3650


Rich McDowell
316 N 6th St
Surf City, NJ  08008-5262

Richard Corsetto
6 Manchester Ct
Wayne, NJ  07470-3304


Richard Lindquist
333 E 91st St Apt 6P
New York, NY  10128-5895


Richard Longsh
58 Chatham Rd
Little Egg Harbor, NJ  08087-3660


Richard Mandel
2604 Lynbrooke Dr
Yardley, PA  19067-7274


Richard Pollard
4 John St
Little Egg Harbor, NJ  08087-9615


Richard Toledo
42 Bunker Dr
Little Egg Harbor, NJ  08087-2942


Richard Tretsky
15 Clear Lake Rd
Whiting, NJ  08759-2970

Rick Sinopoli Sr
20 Links Ln
Little Egg Harbor, NJ  08087-4250


Rick Videyko
20 Greenside Dr
Little Egg Harbor, NJ  08087-2096


Robert Aftanis
110 Berkeley Ave
Beach Haven, NJ  08008-1615


Robert B. Doll
11700 Beach Avenue Long Bch
Beach Haven, NJ  08008


Robert Conners
13 Links Ln
Little Egg Harbor, NJ  08087-4249


Robert Danley
517 Shore Ave
Ship Bottom, NJ  08008-4733


Robert Kirtcher
5 W Lillie Ave
Beach Haven, NJ  08008-3131

Robert Lyons
315 Lighthouse Dr
Manahawkin, NJ   08050-2324


Robert Nugent
5000 Long Beach Blvd
Beach Haven, NJ   08008-3932


Robert Shillito
22 Grayhawk Ln
Little Egg Harbor, NJ   08087-4240


Robert Stohrer
115 N Ohio Ave
Barnegat Light, NJ   08006


Robert Thoma
651 Oriskany Ct
Osprey, FL   34229-9379


Robert Tobias
104 E Mac Evoy Ln
Long Beach, NJ   08008-2921


Robert Turken
161 Flamingo Rd
Tuckerton, NJ   08087-2408

Robert W Tredinni
432 Golf View Dr
Little Egg Harbor, NJ  08087-4232


Robert Wolf
461 Golf View Dr
Little Egg Harbor, NJ  08087-4229


Robert Woods
408 Championship Way
Moorestown, NJ  08057-3993


Ron Colla
35 Butler Dr
Barnegat, NJ  08005-2251


Ronald Fuller
86 Golf View Dr
Little Egg Harbor, NJ  08087-4222


Ronald Renaud
387 Lighthouse Dr
Manahawkin, NJ  08050-2324


Rose Marie Davidson
135 E Ryerson Ln
Beach Haven, NJ  08008-2866

Rosemaur Leonardo
67 Cedars Ave
Harvey Cedars, NJ  08008-5720


Rudy Palombi
1699 Meetinghouse Ln
Yardley, PA  19067-2600


Saibaba Reddy
149 Kristine Ave
Manahawkin, NJ  08050-7811


Salvatore Messina
233 Montant Dr
Palm Beach Gardens, FL  33410-1614


Sam Judy Cromwell
112 Lake Winnepesaukee Dr
Little Egg Harbor, NJ  08087-1237


Sami Reilly
328 Bayberry Ct
West Creek, NJ  08092-2834


Sandra Johnson
35 Golf View Dr
Little Egg Harbor, NJ  08087-4219

Scott Pezarras
1099 Verdant Rd
Toms River, NJ   08753-3533


Sean McGilloway
891 Derry Dr
Toms River, NJ   08753-3550


Sean Osborne-Lomas
1183 Canal Ave
Manahawkin, NJ   08050-2209


Seth D Friedland
62 William St Fl 3
New York, NY   10005-1546


Shawn Weeks
8 York Dr
Helmetta, NJ   08828-1161


Shawn Weeks Jr
8 York Dr
Helmetta, NJ   08828-1161


Shawn Weeks. Jr.
8 York Dr
Helmetta, NJ   08828-1161

Stacy Cramer Jr
357 Mermaid Dr
Manahawkin, NJ  08050-1231


Stephen Mariconda
1217 Taurus Ct
Forked River, NJ  08731-5325


Stephen Mottola
26 Reed Rd
Hillsborough, NJ  08844-4551


Steve Bishop
35 Jib Ct
Bayville, NJ  08721-1550


Steve Cohen
51 Edward Ct
Basking Ridge, NJ  07920-1966


Steve Kennedy
68 Perrin Ave
Pompton Lakes, NJ  07442-1124


Steven Bender
300 Prospect Ave Apt 18A
Hackensack, NJ  07601-7706

Steven Hirschfeld
3200 S Ocean Blvd Unit 403
Highland Beach, FL   33487-2606


Stuart Ferguson
2 Richmond Ct
Tinton Falls, NJ   07712-7731


Susan Gelinas
116 Demmy Ave
Waretown, NJ   08758-2326


Suzanne Conahan
15820 Savona Way
Naples, FL   34110-2700


Suzanne Linquist
333 E 91st St Apt 6P
New York, NY   10128-5895


Synatech
829 Radio Rd
Little Egg Harbor, NJ   08087-1705


Synatech - Larry P
829 Radio Rd
Little Egg Harbor, NJ   08087-1705

Tamra Neer
821 Beach Haven West Blvd
Manahawkin, NJ   08050-3811


Tara Klements
163 Giffordtown Ln
Little Egg Harbor, NJ   08087-9603


Tara Reily
328 Bayberry Ct
West Creek, NJ   08092-2834


Thomas Barton
18 Masters Ct
Little Egg Harbor, NJ   08087-2943


Thomas Dickson
42 Golf View Dr
Little Egg Harbor, NJ   08087-4222


Thomas Gallagher
25 Osprey Ln
Bayville, NJ   08721-2062


Thomas Gutwein
191 Arborridge Dr
Forked River, NJ   08731-1068

Thomas J. Cullen
462 Golf View Dr
Little Egg Harbor, NJ   08087-4234


Thomas Lockburner
55 Murphy Cir
Florham Park, NJ   07932-2010


Thomas Sirico
49 Chatham Rd
Little Egg Harbor, NJ   08087-3661


Thoms Brothers
2 S Central Ave
Beach Haven, NJ   08008-4844


Tim Rogers
17 Stuyvesant Oval Apt 1E
New York, NY   10009-1935


Timothy Doll
268 Forge Rd
West Creek, NJ   08092-9309


Timothy McWilliams
70 Bayview Dr
Beach Haven, NJ   08008-6108

```
Timothy Weeks
44 Hyer Ct
Aberdeen, NJ  07747-1252


Todd Muhammad
97 Barnegat Blvd S
Barnegat, NJ  08005-1407


Tom Hughes
7 Courtyard Ln
Brielle, NJ  08730-1463


Tom Wallden
1806 Baltimore Ave
Lavallette, NJ  08735-2501


Tony DiLorenzo
1112 Chatsworth Dr
Colleyville, TX  76034


Trish Gutwein
191 Arborridge Dr
Forked River, NJ  08731-1068


Vincent A Lucrezi
464 Golf View Dr
Little Egg Harbor, NJ  08087-4234
```

Wayne Coyte
502 Nautilus Blvd
Forked River, NJ   08731-1915


Wilaim Davidson
135 E Ryerson Ln
Beach Haven, NJ   08008-2866


William Burke
26 Westchester Dr
Little Egg Harbor, NJ   08087-3009


William Chesner
6 Hillwood Dr
Mount Laurel, NJ   08054-6924


William Fagan
167 Mizzen Ave
Manahawkin, NJ   08050-1920


William Felix
436 Golf View Dr
Little Egg Harbor, NJ   08087-4232


William Gleason
7 Golf View Dr
Little Egg Harbor, NJ   08087-4219

William Henning
260 Matey Ave
Manahawkin, NJ  08050-2233


William J McDonal
31 Masters Ct
Little Egg Harbor, NJ  08087-2904


William Jones
9 Parkers Point Blvd
Forked River, NJ  08731-4808


William Prata
130 W Holly Ln
Little Egg Harbor, NJ  08087-2038


William Stanbach
2220 West Ave
Beach Haven, NJ  08008-1349


Zvi (Steve) Weinba
11 Swan Lake Ct
Barnegat, NJ  08005-5519